# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

---

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
MARC D. MORY
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY
ROBERT J. VASQUEZ

May 23, 2023

<u>VIA ECF</u>

Honorable James B. Clark III
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, NJ  07102

      RE: <u>Our Own Candle Company, Inc. v. Givaudan, S.A., *et al.*</u>
        <u>Civil Action No. 23-2174 (WJM)(JBC)</u>

Dear Judge Clark:

  We are co-counsel for Plaintiff in the above-captioned matter.  Please find enclosed my Declaration and the Declaration of Linda P. Nussbaum in support of Ms. Nussbaum's application for *pro hac vice* admission in the above matter.  Defendants have no objection to this application.  If the papers meet with the Court's approval, kindly sign the enclosed proposed Order and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

        Respectfully submitted,

       CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO, P.C.

         /s/ Lindsey H. Taylor

        LINDSEY H. TAYLOR

cc: All Counsel of Record (via ECF)