James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GIVAUDAN S.A.; *et al.*<br><br>*Defendants*. | Civil Action No.: 23-2174 (WJM)(JBC)<br><br>**DECLARATION OF**<br>**LINDSEY H. TAYLOR** |

      LINDSEY H. TAYLOR, ESQ., of full age, hereby declares under penalty of perjury as follows:

      1.    I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., co-counsel for Plaintiff in the above matter. I make this declaration in support of Plaintiff's application to admit Linda P. Nussbaum, *pro hac vice* in the above matter.

      2.    As is set forth in her Declaration, Ms. Nussbaum is a member in good standing of the bars New York and the District of Columbia, as well as the bars of various federal courts.

      3.    Ms. Nussbaum will represent Plaintiff and the proposed class in association with Carella Byrne as attorneys of record. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court and Carella Byrne will be

responsible for his conduct. Further, Carella Byrne will appear at all court proceedings unless otherwise excused by the Court.

4. If this application is granted Ms. Nussbaum agrees to:

a. make payment of $150.00 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

b. make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

c. abide by New Jersey court rules;

d. notify this Court immediately of any matter affecting their standing at the bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

5. Prior to making this application, we contacted counsel for Defendants to request their consent for Ms. Nussbaum's *pro hac vice* admission. I was advised that Defendants consented.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2023

                                                      /s/ Lindsey H. Taylor
                                                      LINDSEY H. TAYLOR