James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GIVAUDAN S.A.; *et al.*<br><br>*Defendants.* | Civil Action No.: 23-2174 (WJM)(JBC)<br><br>**DECLARATION OF**<br>**LINDA P. NUSSBAUM** |

LINDA P. NUSSBAUM, ESQ., of full age, hereby declares under penalty of perjury as follows:

1. I am an attorney licensed to practice in the state of New York and the District of Columbia, and am the Managing Director of Nussbaum Law Group, P.C., co-counsel for Plaintiff in the above matter. I submit this Declaration in support of Plaintiff's application to appear *pro hac vice* in this matter. I am personally familiar with the facts set forth herein.

2. Below is a list of the Bars to which I am admitted to practice, year of admission, and location of the office where the records of bar admissions are kept for that bar:

| Court | Date of Admission | Address Of Bar Admission Records |
|---|---|---|
| New York | March 15, 1978 | State of New York<br>New York State Unified Court System Office of Court Administration, Room 852 25 Beaver Street<br>New York, NY 10004 |

1

| Court | Date of Admission | Address Of Bar Admission Records |
|---|---|---|
| District of Columbia | August 11, 2003 | District of Columbia Court of Appeals Committee on Admissions 430 E Street, N.W., Room 123 Washington, DC 20001 |
| United States District Court, Southern District of New York | January 19, 1979 | United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 |
| United States District Court, Eastern District of New York | January 19, 1979 | United States District Court for the Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201 |
| United States District Court, District of Columbia | February 5, 2007 | United States District Court for the District of Columbia 33 Constitution Avenue, N.W. Washington, DC 20001 |
| United States District Court, Eastern District of Michigan | August 24, 2009 | United States District Court Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 |
| United States Court of Appeals for the First Circuit | August 19, 2011 | United States Court of Appeals for the First Circuit One Courthouse Way, Suite 2500 Boston, MA 02210 |
| United States Court of Appeals for the Second Circuit | April 6, 2007 | United States Court of Appeals for the Second Circuit Attorney Admissions Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 |
| United States Court of Appeals for the Ninth Circuit | January 15, 2009 | United States Court of Appeals for the Ninth Circuit Attorney Admissions 95 Seventh Street San Francisco, CA 94103 |
| United States Supreme Court | October 13, 1987 | Clerk, Supreme Court of the United States, Attn: Admissions Office 1 First Street, N.E. Washington, DC 20543 |

3.  There are no disciplinary proceedings pending against me in any jurisdiction, and

no discipline has previously been imposed on me in any jurisdiction. I understand that I have a continuing obligation during the period of my *pro hac vice* admission to promptly advise the Court of the institution or disposition of any disciplinary proceedings against me.

4. If I am *admitted pro hac vice*, I agree to:

   a. associate with Carella, Byrne, Cecchi, Olstein, Brody & Agnello, or another New Jersey attorney of law representing Plaintiffs, who will continue to serve as counsel in this matter; will review and sign all pleadings, briefs, and other papers filed with the Court; and will be responsible for my conduct;

   b. adhere to the Rules Governing the Court of the State of New Jersey, including Rules of Professional Conduct and all Disciplinary Rules;

   c. comply with New Jersey Court Rule 1:28-2(a), requiring annual payment into the New Jersey Lawyers' Fund for Client Protection;

   d. make a payment of $150.00 to the United States District Court Clerk; and,

   e. otherwise comply with all the terms and conditions of the Rules of Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
LINDA P. NUSSBAUM

Dated: May 22, 2023