## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated, | Civil Action No.: 23-2174 (WJM)(JBC) |
| *Plaintiff*, | |
| v. | **ORDER** |
| GIVAUDAN S.A.; *et al.* | |
| *Defendants*. | |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Co-Counsel for Plaintiff, and counsel for Defendants consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS _____ day of May, 2023,

ORDERED that Linda P. Nussbaum is hereby admitted *pro hac vice* on behalf of Plaintiff in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Carella Byrne, and that Carella Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that Linda P. Nussbaum shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter, and $150.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
JAMES B. CLARK, III, U.S.M.J.