James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GIVAUDAN S.A.; GIVAUDAN FRAGRANCES CORPORATION; GIVAUDAN FLAVORS CORPORATION; UNGERER & COMPANY, INC.; INTERNATIONAL FLAVORS & FRAGRANCES INC.; SYMRISE AG; SYMRISE INC.; SYMRISE US LLC; FIRMENICH INTERNATIONAL S.A.; FIRMENICH INCORPORATED; and AGILEX FLAVORS & FRAGRANCES, INC.,<br><br>*Defendants*. | Civil Action No.: 23-2174 (WJM)(JBC)<br><br>**STIPULATION and ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant International Flavors & Fragrances, Inc. ("IFF") as follows:

1. Plaintiff and IFF agree to, and agree to be bound by, the terms and conditions of the Stipulation and Order entered by the Court on May 22, 2023 (ECF 6) and will proceed with respect to the claims against IFF on the same schedule as set forth in said Stipulation and Order.

2. Notwithstanding the foregoing, IFF's time to answer, move, or otherwise respond to the then-operative complaint shall in no event be earlier than July 24, 2023.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>Attorneys for Plaintiff | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Attorneys for Defendant<br>INTERNATIONAL FLAVORS & FRAGRANCES INC. |
| By: /s/ Lindsey H. Taylor<br>      LINDSEY H. TAYLOR | By: /s/ Tansy Woan<br>      TANSY WOAN |
| Dated: May 26, 2023 | Dated: May 26, 2023 |

SO ORDERED this 30th day of May, 2023

_____
JAMES B. CLARK, III, U.S.M.J.

2