UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                    *Plaintiff*,<br><br>v.<br><br>GIVAUDAN S.A.; *et al.*<br><br>                    *Defendants*. | Civil Action No.: 23-2174 (WJM)(JBC)<br><br>**<u>ORDER</u>** |

THIS MATTER having been brought to the Court by Duane Morris LLP, Co-Counsel for Firmenich Incorporated and Agilex Flavors & Fragrances, and counsel for all parties consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS <u>20th</u> day of June, 2023,

ORDERED that Arthur J. Burke is hereby admitted *pro hac vice* on behalf of Firmenich Incorporated and Agilex Flavors & Fragrances, Inc. in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Duane Morris LLP, and Duane Morris LLP shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that Arthur J. Burke shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he continues to appear *pro hac vice* in this matter, and $150.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

                                                        *s/James B. Clark, III*
                                                        JAMES B. CLARK, III, U.S.M.J.