UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                          *Plaintiff*,<br><br>v.<br><br>GIVAUDAN S.A.; *et al.*<br><br>                          *Defendants*. | Civil Action No.: 23-2174 (WJM)(JBC)<br><br>REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                 */s/ Sean P. McConnell*
                                                                                  Sean P. McConnell

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Arthur J. Burke |
| Address: | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York  10017 |
| E-mail: | Arthur.Burke@davispolk.com<br>ecf.ct.papers@davispolk.com |