**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIVAUDAN S.A., *et al.*,<br><br>Defendants. | Civil Action No. 23-cv-2174 (WJM) (JBC)<br><br>**NOTICE OF APPEARANCE OF KEVIN R. REICH, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of defendants Givaudan Fragrances Corporation, Givaudan Flavors Corporation, and Ungerer & Company, Inc. in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: June 26, 2023
      Newark, New Jersey

s/ Kevin R. Reich
Kevin R. Reich, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel:  (973) 596-4755
Fax:  (973) 639-6206
kreich@gibbonslaw.com