

KEVIN R. REICH
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4755 Fax: (973) 639-6206
kreich@gibbonslaw.com

June 27, 2023

**VIA ECF**

Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:  **Our Own Candle Company, Inc. v. Givaudan, S.A., et al.,
No. 23-cv-2174 (WJM) (JSA)**

Dear Judge Allen:

      This Firm is co-counsel to defendants Givaudan Fragrances Corporation, Givaudan Flavors Corporation, and Ungerer & Company, Inc. (collectively, "Givaudan U.S. Defendants") in the above-referenced action. Please find enclosed the following documents in support of the Givaudan U.S. Defendants' application to admit Aidan Synnott, Esq. and Eyitayo St. Matthew-Daniel, Esq. *pro hac vice* in this matter:

- Declaration of Kevin R. Reich, Esq.;

- Declaration of Aidan Synnott, Esq.;

- Declaration of Eyitayo St. Matthew-Daniel, Esq.; and

- Two proposed orders, one each for Mr. Synnott and Ms. St. Matthew-Daniel.

Counsel for all parties have consented to Mr. Synnott's and Ms. St. Matthew-Daniel's admission *pro hac vice*.

      If the enclosed meets with the Court's approval, we kindly ask that both orders be signed and entered on the docket.

                    Respectfully submitted,

                    s/ Kevin R. Reich

                    Kevin R. Reich

Enclosure

cc:    All counsel of record