

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 28, 2023

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Our Own Candle Company, Inc., v. Givaudan S.A., et al.*
                Civil Action No.: 2:23-cv-02174 (WJM-JSA)

Dear Judge Allen:

      This firm, together with White & Case, LLP, represents Defendants Symrise Inc. and Symrise US LLC (collectively, "Defendants") in the above-captioned matter. Pursuant to Your Honor's preferences with respect to *pro hac vice* admissions, enclosed please find an application for the *pro hac vice* admission of Robert Milne and William H. Bave III of the law firm White & Case, LLP in this matter. Counsel for all parties have indicated they consent to this application.

      The following documents are enclosed in support of the application:

- Certification of Robert Milne;
- Certification of William H. Bave III;
- Supporting Certification of Liza M. Walsh; and
- Proposed Consent Order.

      Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be endorsed and entered on the docket. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

      We thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                      *s/Liza M. Walsh*

                                                      Liza M. Walsh

Enclosures
cc:      All Counsel of Record (via ECF & email)