UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GIVAUDAN S.A.; GIVAUDAN FRAGRANCES CORPORATION; GIVAUDAN FLAVORS CORPORATION; UNGERER & COMPANY, INC.; INTERNATIONAL FLAVORS & FRAGRANCES INC.; SYMRISE AG; SYMRISE INC.; SYMRISE US LLC; FIRMENICH INTERNATIONAL S.A.; FIRMENICH INCORPORATED; and AGILEX FLAVORS & FRAGRANCES, INC.,<br><br>*Defendants*. | Civil Action No. 23-2174 (WJM)(JSA)<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF ROBERT MILNE AND WILLIAM H. BAVE III** |

**THIS MATTER** having been brought before the Court by Defendants Symrise Inc. and Symrise US LLC ("Defendants"), by and through their attorneys, Walsh Pizzi O'Reilly Falanga LLP,, for entry of an Order admitting Robert Milne and William H. Bave III of the law firm White & Case, LLP as counsel *pro hac vice* for Defendants pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and Counsel for all parties having consented to this application; and for good cause shown;

**IT IS** on this <u>30th</u> day of June 2023, hereby

**ORDERED** that Defendants' application is granted, and Robert Milne and William H. Bave III are admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Robert Milne and William H. Bave III shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall

notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

    **ORDERED** that Robert Milne and William H. Bave III shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

    **ORDERED** that Robert Milne and William H. Bave III shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

    **ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

    **ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Walsh Pizzi O'Reilly Falanga LLP,, who shall be responsible for them and for the conduct of Robert Milne and William H. Bave III.

                                                    s/Jessica S. Allen
                                                    Hon. Jessica S. Allen
                                                    United States Magistrate Judge