Boris Bershteyn (*pro hac vice forthcoming*)
Matthew Martino (*pro hac vice forthcoming*)
Tansy Woan
Andrew Muscato
Evan Levicoff (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Boris.Bershteyn@skadden.com
Matthew.Martino@skadden.com
Tansy.Woan@skadden.com
Andrew.Muscato@skadden.com
Evan.Levicoff@skadden.com

*Attorneys for Defendant International
Flavors & Fragrances Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>      *Plaintiff*,<br><br>   -v.-<br><br>GIVAUDAN S.A.; GIVAUDAN FRAGRANCES CORPORATION; GIVAUDAN FLAVORS CORPORATION; UNGERER & COMPANY, INC.; INTERNATIONAL FLAVORS & FRAGRANCES INC.; SYMRISE AG; SYMRISE INC.; SYMRISE US LLC; FIRMENICH INTERNATIONAL S.A.; FIRMENICH INCORPORATED; and AGILEX FLAVORS & FRAGRANCES, INC.,<br><br>      *Defendants*. | Civil Action No.: 23-2174 (WJM)(JSA)<br><br><br><br><br><br>**ORDER GRANTING**<br>**ADMISSIONS *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant International Flavors & Fragrances Inc. on application for an order granting the *pro hac vice* admission of Boris Bershteyn, Matthew Martino, and Evan Levicoff pursuant to Local Civil Rule 101.1(c); and the Court having considered the Certifications submitted in support of the application, which reflect that Boris Bershteyn, Matthew Martino, and Evan Levicoff satisfy the requirements set forth in Local Civil Rule 101.1(c); and counsel for Plaintiff having consented to the *pro hac vice* admissions of Mr. Bershteyn, Mr. Martino, and Mr. Levicoff; and for good cause shown.

It is on this 7th day of July, 2023

ORDERED that the application for the *pro hac vice* admission of Boris Bershteyn, Matthew Martino, and Evan Levicoff is granted; and it is further

ORDERED that Boris Bershteyn, Matthew Martino, and Evan Levicoff shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matters affecting their standing at the bar of any court; and it is further

ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by Tansy Woan or another attorney from Skadden, Arps, Slate, Meagher & Flom LLP who is authorized to practice in this Court; and it is further

ORDERED that pursuant to Local Civil Rule 101.1(c)(2), Boris Bershteyn, Matthew Martino, and Evan Levicoff shall pay the fee to the New Jersey Lawyer's Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2; and it is further

ORDERED that Boris Bershteyn, Matthew Martino, and Evan Levicoff shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and it is further

3

      ORDERED that Boris Bershteyn, Matthew Martino, and Evan Levicoff shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(3)(c).

                                                                             s/Jessica S. Allen
                                                                            HON. JESSICA S. ALLEN, U.S.M.J.