**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OUR OWN CANDLE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GIVAUDAN S.A.; *et al.*,<br><br>*Defendants.* | Civil Action No.: 23-2174 (WJM) (JSA) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Agilex Flavors & Fragrances, Inc.'s corporate parent is Agilex Holdings, Inc.

which is turn wholly-owned by Firmenich Incorporated. No publicly-held company owns more

than 10% of the stock of Agilex Flavors & Fragrances, Inc.

Respectfully submitted,

Dated:  July 10, 2023

*/s/ Sarah O'Laughlin Kulik*
Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
SPMcConnell@duanemorris.com

Arthur J. Burke
Anna M. Kozlowski
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY  10017
Tel: (212) 450 4352
arthur.burke@davispolk.com

***Attorneys for Defendant Agilex Flavors &***
***Fragrances, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on, I caused a true copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served on all counsel of record via ECF.

By:     */s/ Sarah O'Laughlin Kulik*
        Sarah O'Laughlin Kulik

DM1\14286051.1