# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CRIMSON CANDLE SUPPLIES LLC, on behalf of itself and all others similarly situated,

       *Plaintiff*,

   v.

DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., GIVAUDAN FLAVORS CORP., UNGERER & COMPANY, INC., CUSTOM ESSENCE INC., INTERNATIONAL FLAVORS & FRAGRANCES INC., SYMRISE AG, SYMRISE INC., AND SYMRISE US LLC

       *Defendants*.

No.: 2:23-cv-03875-WJM-JSA

<u>CLASS ACTION</u>

**DECLARATION OF ERIC T. KANEFSKY IN SUPPORT OF CROSS-MOTION FOR CONSOLIDATION AND APPOINTMENT OF COHEN MILSTEIN AND QUINN EMANUEL AS INTERIM CO-LEAD COUNSEL**

I, ERIC T. KANEFSKY, declare as follows:

1.     I am a partner at Calcagni & Kanefsky, LLP. Based on personal knowledge or discussion with counsel of the matters stated herein, if called upon, I could and would competently testify thereto.

2.     If appointed as Interim Co-Lead Class Counsel, Cohen Milstein and Quinn Emanuel will ensure that this complex litigation—which involves many sophisticated defendants—proceeds in an efficient manner.   Appointment of leadership for the proposed class will permit plaintiff's counsel to work with counsel for defendants on basic case management issues, such as the negotiation of pretrial orders, and to structure and streamline communication with the Court on behalf of the plaintiff and the class it seeks to represent.

3.     If appointed as liaison counsel, Calcagni & Kanefsky, LLP will aid in this effort.

4.     Attached hereto as Exhibit A is a true and correct copy of Cohen Milstein's firm resume.

5.     Attached hereto as Exhibit B is a true and correct copy of Quinn Emanuel's firm resume.

6.     Attached hereto as Exhibit C is a true and correct copy of Calcagni & Kanefsky's firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 24th day of July 2023 at Newark, New Jersey.

/s/ *Eric Kanefsky*
ERIC T. KANEFSKY