## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

IN RE: FRAGRANCE DIRECT
PURCHASER ANTITRUST
LITIGATION

Civil Action No.: 23-2174 (WJM) (JSA)

**ORDER**

**THIS MATTER** having come before the Court on November 21, 2023, for oral argument

on the motion filed by Plaintiffs Our Own Candle Company, Inc., Candle Shoppe of the Poconos,

Inc., B&E Associates, Inc., Demeter F.L., Inc., and Hanna's Candle Company, pursuant to Federal

Rule of Civil Procedure 23(g), for the appointment of Linda Nussbaum, Esq. of Nussbaum Law

Group, P.C. ("Nussbaum Law Group"); Christopher Burke, Esq. of Korein Tillery, P.C. ("Korein

Tillery"); and Hilary Scherrer, Esq. of Hausfeld LLP ("Hausfeld") as interim co-lead class counsel,

and James E. Cecchi, Esq., of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella

Byrne") as liaison counsel (collectively, the "Nussbaum Group") (Civ. A. No. 23-2174, ECF Nos.

32, 46, 48); and the opposition and cross-motion filed by Plaintiff Crimson Candle Supplies, LLC

to appoint Quinn Emanuel Urquhart & Sullivan, LLP and Cohen Milstein Sellers & Toll, LLP as

interim co-lead class counsel, and Calcagni & Kanefsky LLP as liaison counsel (collectively, the

"Quinn Group") (Civ. A. No. 23-2174, ECF Nos. 44, 49, 51; Civ. A. No. 23-3875, ECF No.

3);

and the Court having considered all of the papers submitted in support of and in opposition

to the motion and cross-motion;

and based on the parties' submissions and the arguments and representations of counsel;

–1–

and for the reasons set forth in the Opinion placed on the record during the November 21st hearing, which are incorporated herein at length;

and for good cause shown;

**IT IS on this 21st day of November 2023,**

**ORDERED** that the Nussbaum Group's motion to appoint interim co-lead class counsel and liaison counsel, (Civ. A. No. 23-2174, ECF No. 32), is **GRANTED**, and the Quinn Group's cross-motion to appoint interim co-lead class counsel and liaison counsel, (Civ. A. No. 23-2174, ECF No. 44; Civ. A. No. 23-3875, ECF No. 3), is **DENIED**; and it is further

**ORDERED** that the Court appoints counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) as follows:

- <u>Interim co-lead class counsel</u>:
  (1) Linda Nussbaum, Esq. of Nussbaum Law Group;
  (2) Christopher Burke, Esq. of Korein Tillery; and
  (3) Hilary Scherrer, Esq. of Hausfeld

- <u>Liaison counsel</u>:
  James E. Cecchi, Esq. of Carella Byrne; and it is further

**ORDERED** that interim co-lead class counsel, liaison counsel, and Defendants' counsel shall confer and, on or before **November 29, 2023**, submit a stipulation regarding the deadline by when Defendants must answer, move, or otherwise respond to the anticipated amended consolidated complaint; and it is further

**ORDERED** that Plaintiffs shall file their amended consolidated complaint on or before **December 21, 2023**; and it is further

**ORDERED** that the Clerk of the Court is directed to terminate the motions appearing at

Civ. A. No. 23-2174, ECF Nos. 32 and 44, and Civ. A. No. 23-3875, ECF No. 3.

**s/Jessica S. Allen**
**HON. JESSICA S. ALLEN**
**United States Magistrate Judge**

cc:      Hon. William J. Martini, U.S.D.J.