# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | 5 BECKER FARM ROAD<br>ROSELAND, N.J. 07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

December 11, 2023

**VIA ECF**

Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

        Re:    *IN RE: Fragrance Direct Purchaser Antitrust Litigation*,
                **Civil Action No. 2:23-cv-2174-WJM-JSA (D.N.J.)**

Dear Judge Allen:

      We are Liaison Counsel for direct purchaser plaintiffs in the above-captioned matter. Please find enclosed the certifications of Lin Y. Chan, Katherine Lubin, Jules A. Ross, and Emily N. Harwell, the declaration of James E. Cecchi, and a proposed form of Order in support of Plaintiffs' application for admission *pro hac vice*. Counsel for Defendants have consented to this application. If the papers meet with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

      Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact us.

                                      Respectfully submitted,

                                      CARELLA BYRNE CECCHI
                                      BRODY & AGNELLO, PC

                                      */s/ James E. Cecchi*
                                      JAMES E. CECCHI