# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Master No. 2:23-cv-02174-WJM-JSA <br><br> Hon.. William J. Martini, U.S.D.J <br><br> Hon. Jessica S. Allen, U.S.M.J. |
| THIS DOCUMENT RELATES TO: <br><br> 23-cv-02875 (WJM) (JSA) | **NOTICE OF WITHDRAWAL OF JEREMY ANDERSEN** |

Notice is hereby given that Jeremy Andersen, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP hereby withdraws as *pro hac vice* counsel for Plaintiff Crimson Candle Supplies, LLC.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky, Esq.
CALCAGNI & KANEFSKY, LLP
1085 Raymond Boulevard, Floor 14
Newark, NJ 07102
T: 862.397.1796
E: eric@ck-litigation.com

*Attorneys for Crimson Candle Supplies, LLC*