# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Master No. 2:23-cv-02174-WJM-JSA <br><br> Hon.. William J. Martini, U.S.D.J <br><br> Hon. Jessica S. Allen, U.S.M.J. |
| THIS DOCUMENT RELATES TO: <br><br> 23-cv-02875 (WJM) (JSA) | **NOTICE OF WITHDRAWAL OF JEREMY ANDERSEN** |

Notice is hereby given that Jeremy Andersen, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP hereby withdraws as *pro hac vice* counsel for Plaintiff Crimson Candle Supplies, LLC.

Dated: January 23, 2024

                                       Respectfully submitted,

                                       */s/ Eric T. Kanefsky*
                                       Eric T. Kanefsky, Esq.
                                       CALCAGNI & KANEFSKY, LLP
                                       1085 Raymond Boulevard, Floor 14
                                       Newark, NJ 07102
                                       T: 862.397.1796
                                       E: eric@ck-litigation.com

                                       *Attorneys for Crimson Candle Supplies, LLC*

\*Request Granted.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: February 2, 2024