# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | BRIAN F. O'TOOLE |
| | BRIAN H. FENLON | MATTHEW J. CERES | SEAN M. KILEY |
| | CAROLINE F. BARTLETT | ZACHARY A. JACOBS*** | ROBERT J. VASQUEZ |
| | ZACHARY S. BOWER+ | JASON H. ALPERSTEIN+ + | BRITTNEY M. MASTRANGELO |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | OF COUNSEL | |
| | STEPHEN R. DANEK | | |
| | MICHAEL A. INNES | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | **MEMBER NY BAR | |
| | | ***MEMBER IL BAR | |
| | | +MEMBER FL BAR | |
| | | + + MEMBER NY & FL BAR | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

February 15, 2024

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

      Re:    In re: Fragrance Direct Purchaser Antitrust Litigation
               Case No. 2:23-cv-02174-WJM-JSA

Dear Magistrate Allen:

      We are Counsel for Plaintiffs in the above matter. Please find enclosed the Declaration of Labeat Rrahmani as well as the Certification of James E. Cecchi in Support of the Motion to Admit Labeat Rrahmani As Counsel *Pro Hac Vice* in the above matter. Defendants do not oppose to the application. If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

      Thank you for your attention to this matter.

                         Very truly yours,

                 CARELLA, BYRNE, CECCHI,
                OLSTEIN, BRODY & AGNELLO

                       /s/ *James E. Cecchi*

                       JAMES E. CECCHI

JEC:neh
Enc.
cc:      All counsel (via ECF)