# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-02174(WJM)(JSA) |
| IN RE FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-03249(WJM)(JSA) |
| IN RE FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-16127(WJM)(JSA) |

## STIPULATION AND ORDER TO EXTEND PAGE LIMITS

IT IS HEREBY STIPULATED AND AGREED by and among the Parties in the above-captioned Actions, through their respective counsel:

WHEREAS, on December 13, 2023, the Parties filed a Stipulation and [Proposed] Scheduling Order (Case No. 23-cv-02174 at ECF No. 83-1), which provided various deadlines related to the filing of the Consolidated Amended Complaints in each of the above-captioned actions (together, the "Consolidated Amended Complaints") as well as Defendants'[1] anticipated responses to the Consolidated Amended Complaints, and which the Court so-ordered, with amendments, on December 19, 2023 (the "Scheduling Order") (Case No. 23-cv-02174 at ECF No. 89, Case No. 23-cv-03249 at ECF No. 37, Case No. 23-cv-16127 at ECF No. 30);

---

[1] The term "Defendants" refers to Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, Symrise Inc., Symrise US LLC, Firmenich Incorporated, Agilex Flavors & Fragrances, Inc., and International Flavors & Fragrances Inc., together with Givaudan SA, Symrise AG, Firmenich International SA, Firmenich SA, and DSM-Firmenich AG (the "Foreign Defendants"). Firmenich SA has not yet been served in any of the above-captioned Actions.

1

WHEREAS, on February 5 and 6, 2024, Plaintiffs filed the Consolidated Amended Complaints (Case No. 23-cv-02174 at ECF No. 107, Case No. 23-cv-03249 at ECF No. 43, Case No. 23-cv-16127 at ECF No. 38);

WHEREAS, pursuant to the Scheduling Order, Defendants' deadline to answer, move against, or otherwise respond to the Consolidated Amended Complaints is April 8, 2024;

WHEREAS the Defendants intend to file jointly a single motion to dismiss addressing the merits of the Consolidated Amended Complaints (the "Motion to Dismiss on the Merits"); and

WHEREAS the Foreign Firmenich Defendants,[2] Givaudan SA, and Symrise AG intend to file three individual motions to dismiss for lack of personal jurisdiction (collectively, the "Motions to Dismiss for Lack of Personal Jurisdiction").

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the Court's approval, as follows:

1. The page limit for Defendants' memorandum of law in support of the Motion to Dismiss on the Merits shall be 65 pages. For the avoidance of doubt, Defendants shall file a single memorandum of law on behalf of all Defendants.

2. The page limit for Plaintiffs' memorandum of law in opposition to the Motion to Dismiss on the Merits shall be 65 pages. For the avoidance of doubt, Plaintiffs shall file a single memorandum of law on behalf of all Plaintiffs.

---

[2] The term "Foreign Firmenich Defendants" refers to DSM-Firmenich AG, Firmenich International SA, and Firmenich SA.

3. The page limit for Defendants' reply memorandum of law in further support of the Motion to Dismiss on the Merits shall be 30 pages. For the avoidance of doubt, Defendants shall file a single memorandum of law on behalf of all Defendants.

4. The page limit for the memoranda of law in support of the Motions to Dismiss for Lack of Personal Jurisdiction shall be 20 pages each.

5. The page limit for Plaintiffs' memoranda of law in opposition to the Motions to Dismiss for lack of Personal Jurisdiction shall be 20 pages each. For the avoidance of doubt, Plaintiffs will file joint memoranda of law in opposition to each Motion to Dismiss for Lack of Personal Jurisdiction on behalf of all Plaintiffs.

6. The page limit for the reply memoranda of law in further support of the Motions to Dismiss for lack of Personal Jurisdiction shall be no more than 7.5 pages each. For the avoidance of doubt, the Foreign Firmenich Defendants, Givaudan SA, and Symrise AG will file three individual memoranda of law in further support of their respective Motions to Dismiss for Lack of Personal Jurisdiction.

7. All of the aforementioned memoranda of law must be in 14-point font and the page limits ascribed thereto are exclusive of any exhibits and/or addenda that may be filed simultaneously with those memoranda.

8. Defendants reserve the right to seek from the Court a further enlargement of the page limit for the reply memoranda of law referenced in paragraphs 3 and 6 above, and Plaintiffs reserve the right to oppose any such request.

9. No defense of any of the Defendants, including without limitation defenses based upon insufficiency of service of process in these Actions and lack of personal jurisdiction, is

prejudiced or waived by such Defendant's executing, agreeing to, joining, or filing this Stipulation.

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
*Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

By: /s/James E. Cecchi
    JAMES E. CECCHI

Dated: March 27, 2024

NUSSBAUM LAW GROUP, P.C.
*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

By: /s/Linda P. Nussbaum
    LINDA P. NUSSBAUM

Dated: March 27, 2024

KOREIN TILLERY P.C.
*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

By: /s/Christopher M. Burke
    CHRISTOPHER M. BURKE

Dated: March 27, 2024

HAUSFELD LLP
*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

By: /s/Hilary K. Scherrer
    HILARY K. SCHERRER

Dated: March 27, 2024

GIBBONS P.C.
Attorneys for Defendants
GIVAUDAN FRAGRANCES CORPORATION, UNGERER & COMPANY, INC., and CUSTOM ESSENCE LLC

By: /s/Kevin R. Reich
    KEVIN R. REICH

Dated: March 27, 2024

WALSH PIZZI O'REILLY FALANGA LLP
Attorneys for Defendants
SYMRISE, INC. and SYMRISE US LLC

By: /s/Liza M. Walsh
    LIZA M. WALSH

Dated: March 27, 2024

DUANE MORRIS LLP
Attorneys for Defendants
FIRMENICH INCORPORATED and AGILEX FLAVORS & FRAGRANCES, INC.

By: /s/Sean P. McConnell
    SEAN P. McCONNELL

Dated: March 27, 2024

LAW OFFICES OF MICHAEL D. FITZGERALD
*Liaison Counsel for End-User Plaintiffs and the Proposed Class*

By: /s/Michael D. Fitzgerald
    MICHAEL D. FITZGERALD

Dated: March 27, 2024

ROBINS KAPLAN LLP
*Co-Lead Counsel for End-User Plaintiffs and the Proposed Class*

By: /s/Kellie Lerner
    KELLIE LERNER

Dated: March 27, 2024

FREED KANNER LONDON & MILLEN, LLC
*Co-Lead Counsel for End-User Plaintiffs and the Proposed Class*

By: /s/Kimberly A. Justice
    KIMBERLY A. JUSTICE

Dated: March 27, 2024

LITE DEPALMA GREENBERG & AFANDOR, LLC
*Liaison Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

By: /s/Joseph J. DePalma
    JOSEPH J. DEPALMA

Dated: March 27, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Attorneys for Defendant
INTERNATIONAL FLAVORS & FRAGRANCES, INC.

By: /s/Tansy Woan
    TANSY WOAN

Dated: March 27, 2024

CUNEO, GILBERT & LADUCA LLP
*Co-Lead Counsel for Indirect Purchaser*
*Plaintiffs and the Proposed Class*

By: /s/Blaine Finley
    BLAINE FINLEY

Dated: March 27, 2024

GUSTAFSON GLUEK PLLC
*Co-Lead Counsel for Indirect Purchaser*
*Plaintiffs and the Proposed Class*

By: /s/Michelle Looby
    MICHELLE LOOBY

Dated: March 27, 2024

SO ORDERED this 1st day of April, 2024

_____
WILLIAM J. MARTINI, U.S.D.J.