

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 8, 2024

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re Fragrance Direct Purchaser Antitrust Litig.*, **Case No.: 2:23-cv-02174 (WJM) (JSA)**
             *In re Fragrance Indirect Purchaser Antitrust Litig.*, **Case No.: 2:23-cv-3249 (WJM) (JSA)**
             *In re Fragrance End-User Plaintiff Antitrust Litig.*, **Case No.: 2:23-cv-16127 (WJM) (JSA)**

Dear Judge Allen:

      This firm, together with White & Case, LLP, represents Defendants Symrise Inc., Symrise US LLC, and Symrise AG (collectively, "Symrise") in the above-captioned matter.

      We write to respectfully request that the *pro hac vice* admissions of Robert Milne and William H. Bave III of the law firm White & Case, LLP entered in the above-captioned matters (D.E. 33 in Case No.: 2:23-cv-02174; D.E. 33 in Case No.: 2:23-cv-16127; and D.E. 44 in Case No.: 2:23-cv-3249) be extended to represent Symrise AG. If this application meets this Court's approval, we respectfully request that Your Honor endorse the "SO ORDERED" line below and enter it on the docket.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      *s/Liza M. Walsh*

      Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

SO ORDERED.

_____
Hon. Jessica S. Allen, U.S.M.J.