

KEVIN R. REICH
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4755 Fax: (973) 639-6206
kreich@gibbonslaw.com

April 8, 2024

**VIA ECF**

Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

> Re:  **In re: Fragrance Direct Purchaser Antitrust Litigation,**
>      **No. 23-cv-02174 (WJM) (JSA) ("DPP Action")**
>      **In re: Fragrance Indirect Purchaser Antitrust Litigation,**
>      **No. 23-cv-03249 (WJM) (JSA) ("IPP Action")**
>      **In re: Fragrance End-User Plaintiff Antitrust Litigation,**
>      **No. 23-cv-16127 (WJM) (JSA) ("EUP Action")**

Dear Judge Allen:

This Firm is co-counsel to defendants Givaudan Fragrances Corporation, Ungerer & Company, Inc., and Custom Essence LLC in the three above-referenced actions ("Actions"), as to which Aidan Synnott, Esq., Eyitayo St. Matthew-Daniel, Esq., and Hallie Goldblatt, Esq. of Paul, Weiss, Rifkind, Wharton, & Garrison LLP have been admitted *pro hac vice*.  *See* ECF Nos. 27, 28, & 63 in DPP Action; ECF No. 44 in IPP Action; and ECF No. 33 in EUP Action.  We write, consistent with the notice of appearance that I filed today in all three Actions on behalf of defendant Givaudan SA, to advise that the three aforementioned Paul, Weiss attorneys intend their *pro hac vice* admissions to extend to their representation of Givaudan SA in these Actions, in addition to the three Givaudan domestic entities.

Please contact me if Your Honor has any questions.  Otherwise, if the foregoing meets with the Court's approval, we kindly ask that the letter be endorsed and entered on the docket.

Thank you in advance for Your Honor's kind consideration.

Respectfully submitted,

*s/ Kevin R. Reich*

Kevin R. Reich

cc:      All counsel of record