Arthur J. Burke (*pro hac vice*)
Anna M. Kozlowski (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
arthur.burke@davispolk.com
anna.kozlowski@davispolk.com

Sean P. McConnell (NJ #31352009)
Sarah O'Laughlin Kulik (NJ #110942014)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19380
(215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Defendants DSM-Firmenich AG, Firmenich International SA, and Firmenich SA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION** | Civil Action No. 23-cv-02174 (WJM)(JSA) |
| **IN RE FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION** | Civil Action No. 23-cv-03249 (WJM)(JSA) |
| **IN RE FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION** | Civil Action No. 23-cv-16127 (WJM)(JSA) |
| | **ORAL ARGUMENT REQUESTED** |
| | *Document electronically filed* |
| | **RETURN DATE:** July 15, 2024 |

**NOTICE OF FIRMENICH FOREIGN DEFENDANTS'**
**MOTION TO DISMISS FOR**
**(1) INSUFFICIENT SERVICE OF PROCESS AS TO FIRMENICH SA**
**AND (2) LACK OF PERSONAL JURISDICTION**

**To:**

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>James E. Cecchi<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br><br>*Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **HAUSFELD LLP**<br>Scott Martin<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **HAUSFELD LLP**<br>Hilary K. Scherrer (*pro hac vice*)<br>888 16th Street NW, Suite 300<br>Washington, DC 20006<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **HAUSFELD LLP**<br>Katie R. Beran<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **KOREIN TILLERY P.C.**<br>Christopher M. Burke (*pro hac vice*)<br>707 Broadway, Suite 1410<br>San Diego, CA 92101<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **ROBERTS LAW FIRM US, PC**<br>Mike Roberts<br>20 Rahling Circle<br>Little Rock, AR 72223<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **NUSSBAUM LAW GROUP, P.C.**<br>Linda P. Nussbaum (*pro hac vice*)<br>1133 Avenue of the Americas<br>31st Floor<br>New York, NY 10036<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **NUSSBAUM LAW GROUP, P.C.**<br>Susan R. Schwaiger<br>1133 Avenue of the Americas<br>31st Floor<br>New York, NY 10036<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |

| | |
|---|---|
| **KOREIN TILLERY P.C.**<br>Walter W. Noss (*pro hac vice*)<br>Yifan (Kate) Lv (*pro hac vice*)<br>707 Broadway, Suite 1410<br>San Diego, CA 92101<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **BURROUGHS LEGAL**<br>Amelia F. Burroughs<br>P.O. Box 1465<br>Ferndale, CA 95536<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **KOREIN TILLERY LLC**<br>Stephen Tillery<br>Rosemarie Fiorillo<br>Carol O'Keefe (*pro hac vice*)<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **RUPP PFALZGRAF, LLC**<br>Arthur N. Bailey (*pro hac vice*)<br>111 West 2nd Street, Suite 1100<br>Jamestown, NY 14701<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **KOREIN TILLERY LLC**<br>Labeat Rrahmani (*pro hac vice*)<br>205 N Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Jason Lichtman<br>Emily N. Harwell (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |
| **FINE, KAPLAN AND BLACK, R.P.C.**<br>Roberta D. Liebenberg<br>Gerard A. Dever<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* | **BERGER MONTAGUE PC**<br>Eric L. Cramer (*pro hac vice*)<br>Candice J. Enders (*pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br><br>*Counsel for Direct Purchaser Plaintiffs and the Proposed Class* |

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
Allan Steyer (*pro hac vice*)
D. Scott Macrae (*pro hac vice*)
Alexander Kullar (*pro hac vice*)
235 Pine Street, 15th Floor
San Francisco, CA 94104

*Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Brian D. Clark (*pro hac vice*)
Simeon A. Morbey (*pro hac vice*)
Arielle S. Wagner
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

*Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Lin Y. Chan (*pro hac vice*)
Katherine Lubin Benson (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**EDELSON LECHTZIN LLP**
Marc H. Edelson (*pro hac vice*)
411 S. State Street, Suite N-300
Newtown, PA 18940

*Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**GRABAR LAW OFFICE**
Joshua H. Grabar (*pro hac vice*)
One Liberty Place 1650 Market Street
Suite 3600
Philadelphia, PA 19103

*Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**LAW OFFICES OF MICHAEL D. FITZGERALD**
Michael D. Fitzgerald
1 Industrial Way West, Unit B
Eatontown, NJ 07724
P.O. Box 1067
Oakhurst, NJ 07755

*Liaison Counsel for End-User Plaintiffs and the Proposed Class*

**ROBINS KAPLAN LLP**
Kellie Lerner
1325 Avenue of the Americas,
Suite 2601
New York, New York 10019

*Co-Lead Counsel for End-User Plaintiffs and the Proposed Class*

**FREED KANNER LONDON & MILLEN, LLC**
Kimberly A. Justice (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428

*Co-Lead Counsel for End-User Plaintiffs and the Proposed Class*

**FREED KANNER LONDON & MILLEN LLC**
Robert Wozniak
Nia-Imara Binns
100 Tri-State International Drive,
Suite 128
Lincolnshire, IL 60069

*Counsel for End-User Plaintiffs and the Proposed Class*

**SPECTOR ROSEMAN & KODROFF, PC**
William Caldes
Diana J. Zinser (*pro hac vice*)
Cary Zhang
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Counsel for End-User Plaintiffs and the Proposed Class*

**ROBINS KAPLAN LLP**
Benjamin D. Steinberg (*pro hac vice*)
Ellen G. Jalkut (*pro hac vice*)
Jordan B. Finkel (*pro hac vice*)
1325 Avenue of the Americas, Suite 2601
New York, New York 10019

*Counsel for End-User Plaintiffs and the Proposed Class*

**ADEMI LLP**
Shpetim Ademi
3620 East Layton Avenue
Cudahy, Wisconsin 53110

*Counsel for End-User Plaintiffs and the Proposed Class*

**MCCUNE LAW GROUP**
Dana R. Vogel
Christopher M. Sloot
2415 E. Camelback Rd., Suite 850
Phoenix, AZ 85016

*Counsel for End-User Plaintiffs and the Proposed Class*

**NEMATZADEH PLLC**
Justin S. Nematzadeh (*pro hac vice*)
101 Avenue of the Americas, Suite 909
New York, NY 10013

*Counsel for End-User Plaintiffs and the Proposed Class*

**REINHARDT, WENDORF & BLANCHFIELD**
Garrett D. Blanchfield, Jr. (*pro hac vice*)
222 So. 9th Street, Suite 1600
Minneapolis, MN 55402

*Counsel for End-User Plaintiffs and the Proposed Class*

**LITE DEPALMA GREENBERG &AFANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102

*Liaison Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben
Steven J. Greenfogel
1515 Market Street - Suite 1200
Philadelphia, PA 19102

*Liaison Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**CUNEO, GILBERT & LADUCA LLP**
Daniel Cohen (*pro hac vice*)
Blaine Finley
Cody McCracken (*pro hac vice*)
Lissa Morgans (*pro hac vice*)
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016

*Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**CUNEO, GILBERT & LADUCA LLP**
Michael J. Flannery (*pro hac vice*)
Two City Place Drive, Second Floor,
St. Louis, MO 63141

*Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**GUSTAFSON GLUEK PLLC**
Michelle Looby (*pro hac vice*)
Daniel E. Gustafson (*pro hac vice*)
Daniel C. Hedlund (*pro hac vice*)
Frances Mahoney Mosedale (*pro hac vice*)
Bailey Twyman-Metzger (*pro hac vice*)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**GUSTAFSON GLUEK PLLC**
Dennis J. Stewart (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101

*Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
Anthony M. Carter
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

*Interim Producer Indirect Purchaser Plaintiffs' Steering Committee*

**BOIESBATTIN LLP**
Timothy D. Battin
Christopher V. Le (*pro hac vice*)
4041 University Drive, 5th Floor
Fairfax, VA 22030

*Interim Producer Indirect Purchaser Plaintiffs' Steering Committee*

**ZIMMERMAN REED LLP**
David M. Cialkowski (*pro hac vice*)
June P. Hoidal
Ian F. McFarland (*pro hac vice*)
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

*Counsel for the Indirect Purchaser Plaintiffs and the Proposed Class*

7

**PLEASE TAKE NOTICE** that on July 15, 2024, or such other time and date as set by the Court, Defendants DSM-Firmenich AG, Firmenich International SA, and Firmenich SA (the "Firmenich Foreign Defendants") will move before the Honorable Judge William J. Martini, Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order granting the Firmenich Foreign Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaints for (1) Insufficient Service of Process as to Firmenich SA and (2) Lack of Personal Jurisdiction with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, the Firmenich Foreign Defendants rely upon the accompanying Memorandum of Law in Support of the Firmenich Foreign Defendants' Motion to Dismiss for (1) Insufficient Service of Process as to Firmenich SA and (2) Lack of Personal Jurisdiction and the Declaration of Laetitia Pictet.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

Dated: April 8, 2024

**DUANE MORRIS LLP**

*/s/Sean P. McConnell*
Sean P. McConnell
Sarah O'Laughlin Kulik
30 S. 17th Street
Philadelphia, PA 19380
(215) 979-1947
pmcconnell@duanemorris.com
ckulik@duanemorris.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke (*pro hac vice*)
Anna M. Kozlowski (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com
anna.kozlowski@davispolk.com

*Counsel for Defendants DSM-Firmenich AG, Firmenich International SA, and Firmenich SA*

## **LOCAL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I hereby certify that, to the best of my knowledge, the matter in controversy in this case is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.  I am aware that if the foregoing is willfully false I am subject to punishment.

Dated: April 8, 2024

*/s/Sean P. McConnell*
Sean P. McConnell

# CERTIFICATE OF SERVICE

I, Sean P. McConnell, an attorney duly admitted to practice in this District, hereby certify that:

1. On April 8, 2024, I caused a true copy of the following documents to be filed and served by CM/ECF in accordance with the District of New Jersey's Rules on electronic service:

   a. Notice of Firmenich Foreign Defendants' Motion to Dismiss for (1) Insufficient Service of Process as to Firmenich SA and (2) Lack of Personal Jurisdiction;

   b. Memorandum of Law in Support of the Firmenich Foreign Defendants' Motion to Dismiss for (1) Insufficient Service of Process as to Firmenich SA and (2) Lack of Personal Jurisdiction;

   c. Declaration of Laetitia Pictet in support of the Firmenich Foreign Defendants' Motion to Dismiss; and

   d. Proposed Order Granting the Firmenich Foreign Defendants' Motion to Dismiss.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: April 8, 2024

**DUANE MORRIS LLP**

*/s/Sean P. McConnell*
Sean P. McConnell
Sarah O'Laughlin Kulik
30 S. 17th Street
Philadelphia, PA 19380
(215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke (*pro hac vice*)
Anna M. Kozlowski (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com
anna.kozlowski@davispolk.com

*Counsel for Defendants DSM-Firmenich AG, Firmenich International SA, and Firmenich SA*