# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | BRIAN F. O'TOOLE |
| | BRIAN H. FENLON | MATTHEW J. CERES | SEAN M. KILEY |
| | CAROLINE F. BARTLETT | ZACHARY A. JACOBS*** | ROBERT J. VASQUEZ |
| | ZACHARY S. BOWER+ | JASON H. ALPERSTEIN+ + | BRITTNEY M. MASTRANGELO |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | OF COUNSEL | |
| | STEPHEN R. DANEK | | |
| | MICHAEL A. INNES | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | **MEMBER NY BAR | |
| | | ***MEMBER IL BAR | |
| | | +MEMBER FL BAR | |
| | | + + MEMBER NY & FL BAR | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

April 18, 2024

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

          Re:   **In Re: Fragrance Direct Purchaser Antitrust Litigation**
                **Civil Action No. 2:23-2174(WJM-JSA)**

Dear Judge Allen:

          We, along with Co-Counsel, represent Plaintiffs in the above matter.  Please find enclosed the Declarations of Mary Sameera Van Houten Harper and Tae H. Kim, and the Declaration of James E. Cecchi to admit Mary Sameera Van Houten Harper and Tae H. Kim as counsel *pro hac vice* in the above matter.  Defendants have consented to the application.  If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

          Thank you for your attention to this matter.

                              Very truly yours,

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO

                              /s/ *James E. Cecchi*

                              James E. Cecchi

JEC:neh
Enc.
cc:     All counsel (via ECF)

836873v1