**DAVIS POLK & WARDWELL LLP**
D. Jarrett Arp
450 Lexington Avenue
New York, New York 10017
(202) 962-7150
jarrett.arp@davispolk.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | No.: 23-02174(WJM)(JSA) |
| IN RE FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | No.: 23-03249(WJM)(JSA) |
| IN RE FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | No.: 23-16127 (WJM)(JSA) |

**DECLARATION OF D. JARRETT ARP IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Jarrett Arp, pursuant to Local Rule 101.1(c)(1) of the United States District Court for the District of New Jersey, hereby declare under penalty of perjury that the following facts are true and correct:

1. My full name is David Jarrett Arp, and I am a partner at the law firm of Davis Polk & Wardwell LLP.

2. I seek to appear as counsel for DSM-Firmenich AG, Firmenich International SA, Firmenich SA, Firmenich Incorporated, Agilex Flavors & Fragrances, Inc. in the above-captioned matters.

3. I will serve as co-counsel with Sean P. McConnell and Sarah O'Laughlin Kulik of Duane Morris LLP along with Arthur J. Burke and Anna M. Kozlowski of Davis Polk & Wardwell LLP.

4. I am a member in good standing of the following bars and courts of the United States:

> District of Columbia Bar (admitted 1994)
> 901 4th Street, NW
> Washington, D.C. 20001
>
> United States District Court for the Eastern District of Michigan (admitted 2024)
> Theodore Levin U.S. Courthouse
> 231 W. Lafayette Blvd., Room 599
> Detroit, MI 48226
>
> United States District Court for the District of Colorado (admitted 2021)
> Alfred A. Arraj U.S. Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294

5. I have never been suspended, disbarred, or otherwise disciplined by any such bar, and I am not subject to any pending disciplinary proceedings in any such bar.

6.  I agree to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in compliance with Local Civil Rule 101.1.

7.  I agree to comply with all applicable requirements during the period of my admission in this matter and I will make all necessary payments to the New Jersey Lawyers' Fund for Client Protection.

8.  I agree to comply with the requirements of Local Civil Rule 101.1(c)(3) by making a payment of $250.00 to the Clerk of the Court for my admission *pro hac vice*.

9.  I hereby submit to the jurisdiction of the United States District Court for the District of New Jersey for the purposes of the Court's disciplinary authority.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Dated: April 25, 2024

DAVIS POLK & WARDWELL LLP

_____
D. Jarrett Arp
450 Lexington Avenue
New York, New York 10017
(202) 962-7150
jarrett.arp@davispolk.com