## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-02174 |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-03249 |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Case No. 2:23-16127<br><br>**OPINION RE: GOVERNMENT MOTION TO INTERVENE** |

**WILLIAM J. MARTINI, U.S.D.J.:**

The Court is in receipt of the Motion to Intervene filed by the United States through the Antitrust Division of the United States Department of Justice ("United States"). The United States represented that its motion was unopposed. On June 18, the Court issued a text order requiring that "[a]ny party opposing or objecting to the Government's motion shall notify the Court no later than Monday, 6/23/2025." No party submitted any opposition.

The Court finds that the United States may intervene under Federal Rule of Civil Procedure 24(a)(2) because (1) the United States's motion to intervene was timely; (2) the United States has a sufficient interest in the civil litigation as a result of an ongoing federal criminal investigation with common questions of law and fact; (3) the United States' interest in the integrity of its criminal investigation may be impacted by discovery in this matter; and (4) no existing party in this action can adequately represent the United States's interests. *Cf. Sec. & Exch. Comm'n v. Matthaei*, 2025 WL 1193841, at *4 (D.N.J. Apr. 24, 2025).

Accordingly, **IT IS HEREBY ORDERED** that the motion of the United States to intervene is **GRANTED**. The United States of America through the Antitrust Division of the United States Department of Justice is permitted to intervene in this action for the purpose of seeking a limited stay of discovery in this civil action. Nothing in this Order shall be construed as an adjudication on the merits of the contemplated motion for a stay of discovery. The parties and the Clerk of the Court are instructed to add the United States to the service list in these cases.

DATE: June 30, 2025

WILLIAM J. MARTINI, U.S.D.J.