UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-2174 |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-3249 |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-16127 **JOINT STIPULATION AND AMENDED SCHEDULING ORDER** Judge William J. Martini |

WHEREAS the operative Scheduling Order in the above-captioned actions is set forth at No. 23-2174, ECF No. 193; No. 23-3249, ECF No. 146; and No. 23-16127, ECF No. 128;

WHEREAS the Court granted the United States' Motion to Intervene in the above-captioned actions for the purpose of seeking a limited stay of discovery;

WHEREAS the Parties in the above-captioned actions and the United States met and conferred regarding the scope of a limited stay of discovery;

WHEREAS the Parties and the United States stipulated to a limited stay of discovery until February 15, 2026 ("the Joint Stipulation to Stay");

1

WHEREAS the Scheduling Order contains certain deadlines relating to the filing of amended complaints and further briefing on any renewed motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2);

WHEREAS agreement by the Plaintiffs to the Joint Stipulation to Stay is conditioned upon the deferral of the filing of any amended complaints and briefing on any renewed Rule 12(b)(2) motions until after expiration or termination of any stay of discovery; and

WHEREAS the Defendants agreed to defer the entry of an amended schedule for the filing of amended complaints and further jurisdictional briefing until a stay of discovery expires or is terminated;

NOW THEREFORE, PLAINTIFFS AND DEFENDANTS IN THE ABOVE-CAPTIONED CASES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Neither Plaintiffs nor Defendants[1] will file any amended complaints or motions to dismiss under Rule 12(b)(2) (lack of personal jurisdiction) until after expiration or termination of any stay of discovery, unless so ordered by the Court.

2. Plaintiffs and Defendants jointly request that the Court order that all pending deadlines in the Scheduling Order (No. 23-2174, ECF No. 193; No. 23-3249,

---

[1] DSM-Firmenich, Firmenich International SA, Givaudan SA, and Symrise AG.

ECF No. 146; and No. 23-16127, ECF No. 128) be held in abeyance until such time as Plaintiffs and Defendants can meet and confer after expiration or termination of any stay of discovery to propose new deadlines in the form of a proposed Amended Scheduling Order.*

IT IS SO STIPULATED.

Date: August 18, 2025

| | |
|---|---|
| */s/* James E. Cecchi<br>James E. Cecchi<br>**CARELLA BRYNE CECCHI BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br><br>*Interim Liaison Counsel for Direct Purchaser Plaintiffs* | */s/* Joseph J. DePalma<br>Joseph J. DePalma<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>jdepalma@litedepalma.com<br><br>*Interim Liaison Counsel for Indirect Purchaser Plaintiffs* |
| */s/* Hilary Scherrer<br>Hilary Scherrer (*pro hac vice*)<br>**HAUSFELD LLP**<br>1200 17th Street N.W., Suite 600<br>Washington, DC 20036<br>(202) 540-7200<br>hscherrer@hausfeld.com | */s/* Michael J. Flannery<br>Michael J. Flannery (*pro hac vice*)<br>**CUNEO, GILBERT & LADUCA, LLP**<br>Two City Place Drive<br>St. Louis, MO 63141<br>(314) 226-1015<br>mflannery@cuneolaw.com |

3

*/s/* Christopher M. Burke
Christopher M. Burke (*pro hac vice*)
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
(619) 369-8244
cburke@burke.law

*/s/* Linda P. Nussbaum
Linda P. Nussbaum (*pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas
31st Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

*Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/* Michael D. Fitzgerald
Michael D. Fitzgerald
**LAW OFFICES OF MICHAEL D. FITZGERALD**
1 Industrial Way West, Unit B
Eatontown, NJ 07724
P.O. Box 1067
Oakhurst, NJ 07755
(202) 349-1482
mdfitz@briellelaw.com

*Interim Liaison Counsel for End-User Plaintiffs*

*/s/* Michelle J. Looby
Michelle J. Looby (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
mlooby@gustafsongluek.com

*Interim Co-Lead Class Counsel for Indirect Purchaser Plaintiffs*

*/s/* Kevin R. Reich
Kevin R. Reich
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4755
kreich@gibbonslaw.com

Aidan Synnott (*pro hac vice*)
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Hallie S. Goldblatt (*pro hac vice*)
Matthew P. Merlo (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
asynnott@paulweiss.com
tstmatthewdaniel@paulweiss.com
hgoldblatt@paulweiss.com
mmerlo@paulweiss.com

4

/s/ Kimberly A. Justice
Kimberly A. Justice (*pro hac vice*)
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
kjustice@fklmlaw.com

/s/ Kellie Lerner
Kellie Lerner
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com

*Interim Co-Lead Class Counsel for End-User Plaintiffs*

/s/ Sean P. McConnell
Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19380
(215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

D. Jarrett Arp (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
jarrett.arp@davispolk.com

Andrew C. Finch (*pro hac vice*)
John D. Buretta (*pro hac vice*)
Cristina M. Urquidi (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
(212) 474-1000
afinch@cravath.com
jburetta@cravath.com
curquidi@cravath.com

*Attorneys for Defendants Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence, LLC*

/s/ Liza M. Walsh
Liza M. Walsh
Jessica K. Formichella
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

Robert Milne (*pro hac vice*)
Martin M. Toto
William H. Bave, III (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
rmilne@whitecase.com
mtoto@whitecase.com
william.bave@whitecase.com

*Attorneys for Defendants Symrise AG, Symrise Inc., and Symrise US LLC*

5

| | |
|---|---|
| Arthur J. Burke (pro hac vice)<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>arthur.burke@davispolk.com<br><br>*Attorneys for Defendants Firmenich Incorporated, Agilex Flavors & Fragrances, Inc., DSM-Firmenich AG, and Firmenich International SA* | */s/* Boris Bershteyn<br>Boris Bershteyn (*pro hac vice*)<br>Matthew Martino (*pro hac vice*)<br>Tansy Woan<br>Andrew Muscato<br>Evan Levicoff (*pro hac vice*)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>(212) 735-3000<br>boris.bershteyn@skadden.com<br>matthew.martino@skadden.com<br>tansy.woan@skadden.com<br>andrew.muscato@skadden.com<br>evan.levicoff@skadden.com<br><br>*Attorneys for Defendant International Flavors & Fragrances Inc.* |

**IT IS SO ORDERED**

Dated: August 26, 2025

                                                s/Jessica S. Allen
                                                Hon. Jessica S. Allen, U.S.M.J.

\*The parties shall confer and submit a proposed amended scheduling order on or before **March 2, 2026**.  There shall be an **in-person** Case Management Conference on **March 10, 2026, at 11:00 a.m.**

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

6