James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Direct Purchaser Plaintiffs*

[Additional Attorneys on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION** | Case No. 2:23-cv-02174-WJM-JSA <br><br> **NOTICE OF MOTION** |

To:  All persons on ECF service list

COUNSEL:

     PLEASE TAKE NOTICE that on Monday, November 17, 2025 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Direct Purchaser Plaintiffs B & E Associates, Inc. (d/b/a Keystone Candle Company), Cospro Development Corp., Demeter F.L., Inc. (d/b/a Demeter Fragrance Library), Hanna's Candle Company, and Our Own Candle Company, Inc. (collectively,

"DPPs") shall move before the Honorable William J. Martini, U.S.D.J., at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, N.J. 07102 for entry of an order granting preliminary approval of the proposed settlement reached in the above-captioned consolidated action ("Consolidated Action"), between DPPs on behalf of themselves and the proposed settlement class (the "DPP Settlement Class") and Defendant International Flavors & Fragrances, Inc. ("IFF"). The terms of the proposed settlement are memorialized in the Stipulation and Agreement of Settlement, dated October 16, 2025 (the "Settlement Agreement").

DPPs respectfully request that the Court:

(a) Grant preliminary approval of the Settlement Agreement;

(b) Provisionally certify the DPP Settlement Class for settlement purposes only;

(c) Appoint the DPPs as representatives of the DPP Settlement Class;

(d) Appoint Linda Nussbaum, Christopher Burke, and Hilary Scherrer as DPP Settlement Class Counsel;

(e) Appoint The Huntington National Bank as the Escrow Agent;

(f) Stay the Consolidated Action as to IFF, pending final approval of the Settlement Agreement;

(g) Enjoin the prosecution of any Settlement Class Released Claims by Settlement Class Released Parties against any IFF Released Parties (as those terms

2

are defined in the Settlement Agreement), pending final approval of the Settlement Agreement; and

(h) Direct DPPs to submit a motion to approve the form and manner of dissemination of notice to the members of the DPP Settlement Class (the "Notice Plan") at an appropriate time, *i.e.*, following the timely receipt of the DPP Settlement Class Data, and/or after DPPs have reached any additional settlements with other Defendants, in addition to IFF, and prior to DPPs moving for final approval of the Settlement Agreement.

This motion is made on the grounds that the Settlement Agreement, which provides for an establishment of a $26,000,000 settlement fund and material cooperation by IFF in the litigation against the remaining Defendants, is fair, reasonable, and adequate, thereby satisfying the requirements of Federal Rule of Civil Procedure 23(e). This motion is based on the Settlement Agreement, the memorandum of law in support of this motion, and the declaration of counsel, to which the Settlement Agreement is attached as Exhibit A.

Dated: October 17, 2025                     Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BRYNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

*Liaison Counsel for Direct Purchaser Plaintiffs*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas
31st Floor
New York, NY 10036
Tel.: (917) 438-9189
lnussbaum@nussbaumpc.com

Christopher M. Burke
**BURKE LLP**
402 W. Broadway, Suite 1890
San Diego, CA 92101-8577
Tel.: (619) 369-8244
cburke@burke.law

Hilary K. Scherrer
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20006
Tel.: (202) 540-7200
hscherrer@hausfeld.com

*Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on this date, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will cause notice and a copy of this filing to be served upon all counsel of record.

Dated: October 17, 2025            Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi