James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-cv-02174-WJM-JSA<br><br>Jury Trial Demanded<br><br><br>**Notice of Motion** |

To:     All persons on ECF mailing list

COUNSEL:

PLEASE TAKE NOTICE that on May 4, 2026 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Direct Purchaser Plaintiffs B & E Associates, Inc. (d/b/a Keystone Candle Company), Cospro Development Corp., Demeter F.L., Inc. (d/b/a Demeter Fragrance Library), Hanna's Candle Company, and Our Own Candle Company, Inc. (collectively, "DPPs") shall move before the Honorable William J. Martini, U.S.D.J., at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, N.J. 07102, for entry of an order:

1

(1) approving the proposed means and form of notice ("Notice Plan") for the settlement between DPPs, on behalf of themselves and the DPP Settlement Class, and Defendant International Flavors & Fragrances, Inc. ("IFF"), including approving the following notices annexed to the Declaration of Julie Meichsner: short form postcard Mail Notice (Exhibit A), Email Notice (Exhibit B), Publication Notice (Exhibit C), Digital Banner Advertisement (Exhibit D), and long form Detailed Notice (Exhibit E); (2) appointing Simpluris, Inc. ("Simpluris") as the Claims Administrator; and (3) proposing a schedule for notice and final approval.

The undersigned intends to rely upon the annexed Brief, and the Declaration of Julie Meichsner and exhibits annexed thereto.

The undersigned hereby requests oral argument.

 Dated: March 30, 2026

/s/ *James E. Cecchi*
James E. Cecchi
**CARELLA, BRYNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

*Liaison Counsel for Direct Purchaser Plaintiffs*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**

2

1133 Avenue of the Americas
31st Floor
New York, NY 10036
Tel.: (917) 438-9189
lnussbaum@nussbaumpc.com

Christopher M. Burke
**BURKE LLP**
402 W. Broadway, Suite 1890
San Diego, CA 92101-8577
Tel.: (619) 369-8244
cburke@burke.law

Hilary K. Scherrer
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20006
Tel.: (202) 540-7200
hscherrer@hausfeld.com

*Interim Co-Lead Class Counsel for
the Direct Purchaser Plaintiffs*

3