**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION** | Case No. 2:23-cv-02174-WJM-JSA |

**DECLARATION OF JULIE MEICHSNER IN SUPPORT OF MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS NOTICE PLAN**
**AND CLAIMS ADMINISTRATOR**

1.      I am Vice President of Legal Notice at Simpluris, Inc. ("Simpluris"), a national full-service class action notice and claims administrator located in Costa Mesa, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I certify that the statements set forth in this declaration are true and correct. The information stated herein is either known to me personally or has been provided to me by Simpluris staff, and I believe such information to be accurate and true.

2.      I have an extensive background in legal marketing and over 12 years of advertising experience. I co-lead Simpluris' legal noticing team alongside my partner in legal notice matters, Jacob Kamenir, an attorney licensed in Minnesota, who will be assisting me in this important matter. I have personally developed and overseen hundreds of notice programs and settlement administrations for both federal and state courts including some of the largest and most complex programs ever implemented in the United States as well as globally.

**SIMPLURIS EXPERIENCE**

3.      Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has nearly 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue*

*Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

**PRIVACY AND SECURITY**

5.      Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

6.      Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

7.      As an approved Redress Administrator for the Federal Trade Commission (FTC), and approved Fund Administrator for the Securities and Exchange Commission (SEC), Simpluris maintains Federal Information Security Management Act (FISMA) and National Institute of Standards and Technology (NIST) certification for data security.

8.      All Simpluris employees are required to undergo HIPAA training.

2

9.    Simpluris will access and handle class member data solely for the purpose of administering this Settlement.

## NOTICE PLAN

12.    The Notice Plan described herein is designed using best practices and techniques commonly used in similar cases and approved by both federal and state courts.

13.    "Individual notice must be sent to all class members whose names and addresses may be ascertained through reasonable effort." *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974).

14.    Based on communications with Lead Counsel, Simpluris expects to receive data provided by Defendants that will identify Class Members and provide, where available, email and postal addresses for Class Members. Based on preliminary information provided by counsel, Simpluris estimates that direct notice will reach approximately 90% or more of Class Members through these contact channels; this estimate will be confirmed after Simpluris receives and analyzes the data produced by Defendants. Once the class data is received and analyzed, Simpluris will execute the direct notice program described below.

15.    **Notice by U.S. Mail**. For Class Members for whom a postal address is available, Simpluris will send the Mail Notice via the United States Postal Service ("USPS"). The Mail Notice will direct Class Members to the Settlement Website and provide other details of the Settlement, as well as include other methods that Class Members may use to obtain information about the Settlement (*e.g.*, via email, using a toll-free phone number, or by regular mail).

16.    Prior to mailing the Mail Notice, Simpluris will update the mailing address information for Class Members via the USPS National Change of Address (NCOA) database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS. Additionally, all addresses will be processed through the USPS Coding Accuracy Support System (CASS) and Locatable Address Conversion System (LACS) to ensure deliverability.

3

17.    Any Mail Notices that are returned to Simpluris by the USPS with a forwarding address will be re-mailed to the new address provided by the USPS, and the Class Member database will be updated accordingly.

18.    Mail Notices returned to Simpluris by the USPS without forwarding addresses will be skip traced as described below. When a new address is identified, the Class Member database will be updated with the new address information and the Mail Notice will be re-mailed to that address.

19.    The Mail Notice will be substantially in the form attached hereto as **Exhibit A**.

20.    **Notice by E-Mail**. Simpluris will send notice via email to all Class Members for whom an email address is available (referred to as "Email Notice"). The Email Notice will direct Class Members to the Settlement Website and provide other details of the Settlement, as well as include other methods that Class Members may use to obtain information about the Settlement (*e.g.*, via email, using a toll-free phone number, or by regular mail).

21.    Prior to sending the Email Notice, email addresses will undergo syntax, domain, and mailbox verification to ensure that they are deliverable.

22.    Any Email Notice returned as undeliverable will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated email addresses. When new email addresses are located, the Class Member database will be updated and the Email Notice resent.

23.    The Email Notice will be substantially in the form attached hereto as **Exhibit B**.

24.    **Media Notice**. In addition to direct notice provided to all reasonably identifiable Settlement Class Members via email and/or mail, Simpluris will implement a supplemental media notice program designed to reinforce awareness of the Settlement within the fragrance and cosmetics industry.

25.     **Print Media.** The print component of the supplemental notice program will consist of full-page advertisements placed in leading fragrance, cosmetics, and personal care trade publications, including:

- *Perfumer & Flavorist* (monthly; circulation approximately 10,000)
- *HAPPI* (monthly; circulation approximately 16,000)
- *Cosmetics & Toiletries* (10 issues per year; circulation approximately 22,000)
- *Global Cosmetic Industry* (11 issues per year; circulation approximately 26,000)
- *Skin Inc.* (11 issues per year; circulation approximately 30,000)

The "Publication Notice" will be substantially in the form attached hereto as **Exhibit C**.

26.     **Digital Media**. The digital component of the supplemental notice program will include e-newsletter banner ad placements within the digital editions and subscriber communications of the same industry trade publications. Digital placements will run for three weeks in each publication's e-newsletter or comparable digital distribution channel. Planned digital placements include:

- *Perfumer & Flavorist* (600 x 100 banner; circulation approximately 14,000)
- *HAPPI* (650 x 90 banner; circulation approximately 25,000)
- *Cosmetics & Toiletries* (600 x 100 banner; circulation approximately 22,000)
- *Global Cosmetic Industry* (600 x 100 banner; circulation approximately 20,500)
- *Skin Inc.* (600 x 100 banner; circulation approximately 30,500)

27.     These digital placements will direct readers to the Settlement Website, which will provide complete information regarding the Settlement, identify important deadlines, and allow eligible Class Members to register to receive notice when the claims process begins.

28.     The banner advertisement will be substantially in the form attached hereto as **Exhibit D**.

29.     Together, the print and digital trade media components are designed to provide industry-specific reinforcement of the direct notice program.

30.     **Settlement Website**. Simpluris has secured the domain Fragrancesettlementdpp.com in order to establish and maintain a case-specific website (the "Settlement Website"), which will inform Class Members of the terms of the Settlement

Agreement, their rights, dates and deadlines, and related information. The Settlement Website will include important documents such as the Settlement Agreement, a detailed long form notice ("Detailed Notice"), and any other Court orders or materials agreed upon by the Parties and/or required by the Court.

31.      The Detailed Notice will be substantially in the form attached hereto as **Exhibit E**.

32.      **Contact Center**. A toll-free telephone number devoted to this case will be implemented and maintained to further apprise Class Members of their rights and options in the Settlement. The toll-free telephone number will utilize an IVR system to provide Class Members with responses to FAQs and provide essential information regarding the Settlement. This toll-free telephone number will be accessible 24 hours a day, 7 days a week.

### CONCLUSION

31.      Simpluris will administer its duties with respect to the Settlement Agreement as agreed to by the parties and approved by the Court, and in accordance with industry best practices and in full compliance with all applicable federal and state statutes and regulations.

32.      The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* explains that "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class." Courts frequently reference the Guide's 70% "high reach" benchmark when evaluating the adequacy of a proposed notice program.

33.      The proposed Notice Plan in this case is estimated to exceed that benchmark. Based on the information currently available, the plan is expected to provide direct notice to approximately 90% or more of Class Members through email and mail. When combined with the supplemental media program, interactive case website, and communication with Class Members through email and an IVR toll-free telephone system, I believe the Notice Plan represents the best notice practicable under the circumstances. In my experience administering notice programs, the plan as a whole is reasonably calculated to inform Class Members of the pendency of the Action, the terms of the proposed Settlement, and their rights and options, including the opportunity to

object to or request exclusion from the Settlement. Accordingly, the Notice Plan is designed to meet or exceed the requirements of Federal Rule of Civil Procedure 23(c)(2)(B) and the due process standards articulated by the United States Supreme Court and the Third Circuit.

I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 30, 2026.

Julie A. Meichsner

# EXHIBIT A

Filed 03/30/26    Document 277-2    2041    74-WJM-JSA

Fragrance IFF Settlement
  c/o Settlement Administrator
P.O. Box _____
Santa Ana, CA 92799-9958

*In re Fragrance Direct Purchaser
      Antitrust Litigation*
  Case No. 2:23-cv-02174

*A federal court authorized this notice.
This is not a solicitation from a lawyer.*

First-Class
Mail
US Postage
Paid
Permit #__

«Barcode»

Postal Service: Please do not mark barcode

Claim #: XXX- «LoginID» - «MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

**THIS NOTICE IS ONLY A SUMMARY.**
VISIT WWW.[SETTLEMENTWEBSITE].COM
OR SCAN THIS QR CODE
FOR COMPLETE INFORMATION.

QR
code

**IF YOU PURCHASED FRAGRANCE INGREDIENTS, FRAGRANCE FORMULAS, AND/OR FRAGRANCE COMPOUNDS *DIRECTLY* FROM <u>INTERNATIONAL FLAVORS AND FRAGRANCES, INC.; GIVAUDAN SA; GIVAUDAN FRAGRANCES CORPORATION; UNGERER & COMPANY, INC.; CUSTOM ESSENCE LLC; DSM-FIRMENICH AG; FIRMENICH INTERNATIONAL SA; FIRMENICH INC.; AGILEX FLAVORS & FRAGRANCES, INC.; SYMRISE AG; SYMRISE INC.; OR SYMRISE US LLC</u>, BETWEEN JANUARY 1, 2018, AND DECEMBER 31, 2023, A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.**

There is a $26 million settlement with Defendant International Flavors and Fragrances, Inc. ("IFF") in an antitrust class action lawsuit, entitled *In re Fragrance Direct Purchaser Antitrust Litigation*, No. 2:23-cv-02174 (WJM)(JSA) (D.N.J.) pending in the United States District Court for the District of New Jersey. The lawsuit alleges that Defendants conspired to fix, raise, or maintain the price of Fragrance Products, in violation of federal antitrust laws. IFF denies liability. The lawsuit remains ongoing against the Non-Settling Defendants.

### Am I a Settlement Class Member?

For settlement purposes, Class Members are defined as: "All persons and entities, and their successors and assigns, in the United States and its territories who purchased Fragrance Products directly from any of the Defendants or their subsidiaries or affiliates during the period of time between January 1, 2018 and December 31, 2023." Fragrance Products are defined as "fragrance ingredients, fragrance formulas, and fragrance compounds, regardless of whether they are natural, synthetic, or otherwise, including related auxiliary technologies sold in combination with the fragrance, such as encapsulation, printing service, or other technologies intended to deliver the fragrance." Fragrance Products include, without limitation, consumer fragrances and fine fragrances. Defendants here are IFF, Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Inc. Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC (collectively, "Defendants").

Specifically excluded from the settlement class ("Class" or "Settlement Class"), are Defendants, IFF Released Parties (defined as "IFF and each of its past, present, and future, direct and indirect parents (including holding companies), subsidiaries, affiliates, associates, divisions, predecessors, successors, and each of their respective officers, directors, employees, against, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns"), conspirators, the officers, directors, or employees of any Defendant or conspirator, any entity in which any Defendant or conspirator has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant or co-conspirator, and any person acting on their behalf. Also excluded from the Class are any judicial officer presiding over the Action and the members of his/her immediate family and judicial staff, and any juror assigned to the Action, as well as any person or entity who or which submits a valid and timely request for exclusion in accordance with the requirements set forth in this Notice and whose request is accepted by the Court.

If you are not sure you are included in the Class, you can get more information, including a detailed notice, at Fragrancesettlementdpp.com or by calling toll-free 1-8__-___-____.

While this Settlement is only with IFF, the Class includes persons and entities who purchased Fragrance Products from *any* of the Defendants listed above.

## What Does the Settlement Provide?

Under the proposed Settlement, IFF will pay $26,000,000.00 as part of the Settlement. In addition to this monetary payment, IFF has agreed to cooperate in good faith with Direct Purchaser Plaintiffs in the ongoing litigation against the Non-Settling Defendants, including producing documents; making current or former employees available for interviews and depositions; and providing other information relevant to the conduct at issue in the Action. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information. This Settlement only applies to IFF and does not dismiss any claims against the Non-Settling Defendants, namely: Givaudan SA; Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC.

Settlement administrative expenses, and Court-approved attorneys' fees of up to one-third of the fund plus interest, litigation expenses, and service awards to the named Class Representatives will be paid out of the $26 million settlement fund ("Settlement Fund") first, and then the balance of the Settlement Fund will be distributed to Class Members based upon *a pro rata* plan of allocation. Settlement Class Counsel will post their request for fees, expenses, and service awards and other court filings relating to the Settlement to the Settlement Website.

## If I am a Settlement Class member, What Are My Options?

If you do nothing, you will remain a Settlement Class Member, be eligible to participate in the Settlement, and be legally bound by the Court's rulings on the Settlement and the claims against IFF, and you will not be able to pursue released claims individually against IFF. If you do not want to be legally bound by the Settlement, or if you want to keep your right to sue IFF yourself, you must exclude yourself from the Settlement Class by submitting an appropriate and timely request for exclusion postmarked no later than _____ __, 2026. If you exclude yourself, you can't get money from the Settlement Fund. If you stay in the Settlement Class, you may object to the Settlement by _____ __, 2026. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website. The Court will hold a Fairness Hearing in this case on _____ __ , 2026 to consider whether to give final approval to the Settlement. You may request to speak at the hearing, but you are not required to speak.

## How And When Will Settlement Class Members Receive a Payment?

Money will be distributed if and after the Court approves the Settlement. The amount and the timing of payment will be based on a Plan of Allocation that must be approved by the Court. The proposed Plan of Allocation will be posted on the Settlement Website. The claims process will open at a later date. To receive Settlement-related updates, including when claim forms are available, you should register on the Settlement Website or call the toll-free number below.

**This notice is only a summary. You can find more details about the Settlement at**

Fragrancesettlementdpp.com or by calling toll-free 1-8__-___. Please do not contact the Court.

# EXHIBIT B

| | |
|---|---|
| **TO:** | «Email Address» |
| **FROM:** | "Fragrance IFF Settlement" «info@ Fragrancesettlementdpp.com» |
| **SUBJECT:** | Fragrance IFF Settlement – You are Eligible to File a Claim |

---

<u>**LEGAL NOTICE**</u>

*In re Fragrance Direct Purchaser Antitrust Litigation*
Case No. 2:23-cv-02174
District Court for the District of New Jersey

**IF YOU PURCHASED FRAGRANCE INGREDIENTS, FRAGRANCE FORMULAS,
AND/OR FRAGRANCE COMPOUNDS *DIRECTLY* FROM
<u>INTERNATIONAL FLAVORS AND FRAGRANCES, INC.; GIVAUDAN SA;</u>
<u>GIVAUDAN FRAGRANCES CORPORATION; UNGERER & COMPANY, INC.;</u>
<u>CUSTOM ESSENCE LLC; DSM-FIRMENICH AG; FIRMENICH INTERNATIONAL SA;</u>
<u>FIRMENICH INC.; AGILEX FLAVORS & FRAGRANCES, INC.;</u>
<u>SYMRISE AG; SYMRISE INC.; OR SYMRISE US LLC,</u>
BETWEEN JANUARY 1, 2018, AND DECEMBER 31, 2023,
A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.**

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*
***Please read this Notice carefully and completely.***

Dear «First» «Last»:

There is a $26 million settlement with Defendant International Flavors and Fragrances, Inc. ("IFF") in an antitrust class action lawsuit, entitled *In re Fragrance Direct Purchaser Antitrust Litigation*, No. 2:23-cv-02174 (WJM)(JSA) (D.N.J.) pending in the United States District Court for the District of New Jersey. The lawsuit alleges that Defendants conspired to fix, raise, or maintain the price of Fragrance Products, in violation of federal antitrust laws. IFF denies liability. The lawsuit remains ongoing against the Non-Settling Defendants.

<u>**Am I a Settlement Class Member?**</u> For settlement purposes, Class Members are defined as: "All persons and entities, and their successors and assigns, in the United States and its territories who purchased Fragrance Products directly from any of the Defendants or their subsidiaries or affiliates during the period of time between January 1, 2018 and December 31, 2023." Fragrance Products are defined as "fragrance ingredients, fragrance formulas, and fragrance compounds, regardless of whether they are natural, synthetic, or otherwise, including related auxiliary technologies sold in combination with the fragrance, such as encapsulation, printing service, or other technologies intended to deliver the fragrance." Fragrance Products include, without limitation, consumer fragrances and fine fragrances. Defendants here are IFF, Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC (collectively, "Defendants").

Specifically excluded from the settlement class ("Class" or "Settlement Class"), are Defendants, IFF Released Parties (defined as "IFF and each of its past, present, and future, direct and indirect parents (including holding companies), subsidiaries, affiliates, associates, divisions, predecessors, successors, and each of their respective officers, directors, employees, against, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns"), conspirators, the officers, directors, or employees of any Defendant or

conspirator, any entity in which any Defendant or conspirator has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant or co-conspirator, and any person acting on their behalf. Also excluded from the Class are any judicial officer presiding over the Action and the members of his/her immediate family and judicial staff, and any juror assigned to the Action, as well as any person or entity who or which submits a valid and timely request for exclusion in accordance with the requirements set forth in this Notice and whose request is accepted by the Court.

If you are not sure you are included in the Class, you can get more information, including a detailed notice, at www.Fragrancesettlementdpp.com or by calling toll-free 1-8__-___-____.
While this Settlement is only with IFF, the Class includes persons and entities who purchased Fragrance Products from *any* of the Defendants listed above.

**What Does the Settlement Provide?** Under the proposed Settlement, IFF will pay $26,000,000.00 as part of the Settlement. In addition to this monetary payment, IFF has agreed to cooperate in good faith with Direct Purchaser Plaintiffs in the ongoing litigation against the Non-Settling Defendants, including producing documents; making current or former employees available for interviews and depositions; and providing other information relevant to the conduct at issue in the Action. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information. This Settlement only applies to IFF and does not dismiss any claims against the Non-Settling Defendants, namely: Givaudan SA; Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC.

Settlement administrative expenses, and Court-approved attorneys' fees of up to one-third of the fund plus interest, litigation expenses, and service awards to the named Class Representatives will be paid out of the $26 million settlement fund ("Settlement Fund") first, and then the balance of the Settlement Fund will be distributed to Class Members based upon *a pro rata* plan of allocation. Settlement Class Counsel will post their request for fees, expenses, and service awards and other court filings relating to the Settlement to the Settlement Website.

**If I am a Settlement Class member, What Are My Options?** If you do nothing, you will remain a Settlement Class Member, be eligible to participate in the Settlement, and be legally bound by the Court's rulings on the Settlement and the claims against IFF, and you will not be able to pursue released claims individually against IFF. If you do not want to be legally bound by the Settlement, or if you want to keep your right to sue IFF yourself, you must exclude yourself from the Settlement Class by submitting an appropriate and timely request for exclusion postmarked no later than _____ __, 2026. If you exclude yourself, you can't get money from the Settlement Fund. If you stay in the Settlement Class, you may object to the Settlement by _____ __, 2026. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website. The Court will hold a Fairness Hearing in this case on _____ __ , 2026 to consider whether to give final approval to the Settlement. You may request to speak at the hearing, but you are not required to speak

**How And When Will Settlement Class Members Receive a Payment?** Money will be distributed if and after the Court approves the Settlement. The amount and the timing of payment will be based on a Plan of Allocation that must be approved by the Court. The proposed Plan of Allocation will be posted on the Settlement Website. The claims process will open at a later date. To receive Settlement-related updates, including when claim forms are available, you should register on the Settlement Website or call the toll-free number below.

**This notice is only a summary. You can find more details about the Settlement at www.Fragrancesettlementdpp.com or by calling toll-free 1-8__-___-____. Please do not contact the Court.**

# EXHIBIT C

COURT APPROVED LEGAL NOTICE

**If you purchased fragrance ingredients, fragrance formulas, and/or fragrance compounds *directly* from the Defendants below between January 1, 2018 and December 31, 2023, a class action settlement may affect your rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

There is a $26 million settlement with Defendant International Flavors and Fragrances, Inc. ("IFF") in an antitrust class action lawsuit, entitled *In re Fragrance Direct Purchaser Antitrust Litigation*, No. 2:23-cv-02174 (WJM)(JSA) (D.N.J.) pending in the United States District Court for the District of New Jersey. The lawsuit alleges that Defendants conspired to fix, raise, or maintain the price of Fragrance Products, in violation of federal antitrust laws. IFF denies liability. The lawsuit remains ongoing against the Non-Settling Defendants.

## AM I A SETTLEMENT CLASS MEMBER?

For settlement purposes, Class Members are defined as: "All persons and entities, and their successors and assigns, in the United States and its territories who purchased Fragrance Products directly from any of the Defendants or their subsidiaries or affiliates during the period of time between January 1, 2018 and December 31, 2023."

Fragrance Products are defined as "fragrance ingredients, fragrance formulas, and fragrance compounds, regardless of whether they are natural, synthetic, or otherwise, including related auxiliary technologies sold in combination with the fragrance, such as encapsulation, printing service, or other technologies intended to deliver the fragrance." Fragrance Products include, without limitation, consumer fragrances and fine fragrances.

**Defendants here are IFF, Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC** (collectively, "Defendants").

While this Settlement is only with IFF, the Class includes persons and entities who purchased Fragrance Products from *any* of the Defendants listed above.

## WHAT DOES THE SETTLEMENT PROVIDE?

Under the proposed Settlement, IFF will pay $26,000,000.00 as part of the Settlement. The Settlement Fund will be distributed to Class Members based upon *a pro rata* plan of allocation after paying Settlement administrative expenses, and Court-approved attorneys' fees of up to one-third of the fund plus interest, litigation expenses, and service awards to the named Class Representatives.

## IF I AM A SETTLEMENT CLASS MEMBER, WHAT ARE MY OPTIONS?

If you do nothing, you will remain in the Settlement Class, be eligible for a payment, and be bound by the Court's decisions. You will also give up the right to sue IFF separately about the claims in this case. To keep your right to sue IFF yourself, you must exclude yourself from the Settlement by submitting a request for exclusion postmarked by _____ __, 2026. If you exclude yourself, you will not receive a payment. If you remain in the Settlement Class, you may object to the Settlement by _____ __, 2026. The detailed notice explains how to exclude yourself or object. The Court will hold a Fairness Hearing on _____ __, 2026 to decide whether to approve the Settlement. You may ask to speak at the hearing, but you are not required to do so.

## HOW AND WHEN WILL SETTLEMENT CLASS MEMBERS RECEIVE A PAYMENT?

Money will be distributed if and after the Court approves the Settlement. The amount and the timing of payment will be based on a Plan of Allocation that must be approved by the Court. The proposed Plan of Allocation will be posted on the Settlement Website. **The claims process will open at a later date. To receive Settlement-related updates, including when claim forms are available, you should register on the Settlement Website or call the toll-free number below.**

**This notice is only a summary. If you are not sure you are included in the Class, you can get more information, including a detailed notice, at Fragrancesettlementdpp.com or by calling toll-free 1-8__-___-____.  Please do not contact the Court.**

2

# EXHIBIT D





# EXHIBIT E

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

**COURT APPROVED LEGAL NOTICE**

**If you purchased fragrance ingredients, fragrance formulas, and/or fragrance compounds *directly* from International Flavors and Fragrances, Inc.; Givaudan SA; Givaudan Fragrances Corporation; Ungerer & Company, Inc.; Custom Essence LLC; DSM-Firmenich AG; Firmenich International SA; Firmenich Inc.; Agilex Flavors & Fragrances, Inc.; Symrise AG; Symrise Inc.; or Symrise US LLC, between January 1, 2018 and December 31, 2023, a class action settlement may affect your rights.**

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.  YOUR RIGHTS MAY BE AFFECTED BY THE PROCEEDINGS IN THIS ACTION WHEHTER YOU ACT OR DO NOT ACT. THIS NOTICE ADVISES YOU OF YOUR RIGHTS AND OPTIONS.

- YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey, that a settlement has been preliminarily approved between direct purchaser plaintiffs ("Direct Purchaser Plaintiffs") and defendant International Flavors and Fragrances, Inc. ("IFF") and a settlement class has been provisionally certified in this antitrust class action lawsuit, entitled *In re Fragrance Direct Purchaser Antitrust Litigation*, No. 2:23-cv-02174 (WJM)(JSA) (D.N.J.).  United States District Court Judge William J. Martini is presiding over this class action (the "Action").  The United States District Court for the District of New Jersey (the "Court") authorized the issuance of this notice (the "Notice").  This Notice may affect your rights.  Please review and follow the instructions carefully.

- The Court preliminarily approved the settlement between Direct Purchaser Plaintiffs and IFF (the "Settlement") on November 17, 2025.  Before any money is distributed to Class Members (defined below) under the Settlement, the Court will hold a hearing (the "Fairness Hearing") to decide whether to give final approve to the Settlement.

- The lawsuit alleges an unlawful conspiracy by the Defendants in the Action to fix, raise, or maintain the price of Fragrance Products (defined below). The Court has not decided whether IFF did anything wrong, and IFF denies any wrongdoing.

- This litigation will go forward against the non-settling defendants in the Action:  Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC (the "Non-Settling Defendants").

- The Settlement requires IFF to pay $26,000,000 as a monetary payment.  In addition to this monetary payment, IFF has agreed to cooperate in good faith with Direct Purchaser Plaintiffs in the ongoing litigation against the Non-Settling Defendants, including producing documents; making current or former employees available for interviews and depositions; and providing other information relevant to the conduct at issue in this litigation. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information. This Settlement only applies to IFF and does not dismiss claims against the Non-Settling Defendants.

- If approved by the Court, the Settlement will release IFF from the claims asserted by the class provisionally certified herein for the purposes of Settlement.

**Questions?  Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

1

- **Your legal rights are affected whether you act or do not act.** Please read this Notice carefully. This Notice includes important information about the lawsuit and the Settlement with IFF.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| DO NOTHING AND REMAIN IN THE SETTLEMENT CLASS | You do not have to take any action to remain part of the Class. However, by doing nothing, you give up any rights to separately sue IFF about the claims in this Action. You will remain part of the Settlement, and you may participate in any monetary distribution to qualified direct purchasers. |
| OBJECT | If you wish to object to all or any part of the proposed Settlement, you may object and explain why you do not like the Settlement. You can only object if you are a Class Member and do not exclude yourself. Objections must be (a) filed with the Court by _____ ___, 2026; and (b) served by first class mail on the Claims Administrator, Class Counsel, and Counsel for IFF by_____, 2026. |
| ATTEND THE FAIRNESS HEARING | If you submit a written objection, you may (but you do not have to) attend the Fairness Hearing and, at the discretion of the Court, speak to the Court about your objection. The Fairness Hearing is scheduled for _____ __, 2026. |
| ASK TO BE EXCLUDED | If you ask to be excluded from the Class and the Court gives final approval to the Settlement, you will not receive any money from the Settlement. This is the only option that allows you ever to be part of any other lawsuit against IFF about the legal claims in this Action. Requests for Exclusion must be postmarked no later than _____ ___, 2026. |

**Questions? Read on and visit www. _____.com or call toll free 1-8__-___-___.**

**Questions? Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

2

| WHAT THIS NOTICE CONTAINS |
|---|

SUMMARY OF THE SETTLEMENT ........................................................................... PAGE 4
BASIC INFORMATION ......................................................................................... PAGE 4
    1. Why did I receive this Notice?
    2. What is this lawsuit about?
    3. What is a class action and who are the Plaintiffs and Defendants?
    4. Why is there a settlement of this Action with IFF?
WHO IS IN THE CLASS? ....................................................................................... PAGE 6
    5. Am I a part of the Class?
    6. Are there exceptions to being included in the Class?
    7. I'm still not sure if I'm included in the Class.
THE SETTLEMENT BENEFITS ............................................................................... PAGE 7
    8. What does the Settlement provide?
    9. How do I receive a future payment?
    10. How much will my payment be?
    11. When will I receive a payment?
    12. What am I giving up by staying in the Class?
IF YOU DO NOTHING ........................................................................................... PAGE 8
    13. What happens if I do nothing at all?
EXCLUDING YOURSELF FROM THE SETTLEMENT ................................................ PAGE 8
    14. How do I exclude myself from the Settlement?
    15. If I don't exclude myself, can I sue IFF for the same thing later?
    16. If I exclude myself from the Settlement, can I still continue as a Class Member in the case against the Non-Settling Defendants?
OBJECTING TO THE SETTLEMENT ........................................................................ PAGE 9
    17. How do I tell the Court that I don't like the Settlement, the Plan of Distribution, or the request for attorneys' fees, litigation expenses and service awards?
    18. What is the difference between excluding myself and objecting?
THE LAWYERS REPRESENTING YOU ................................................................... PAGE 10
    19. Do I have a lawyer in this case?
    20. How will the Class Counsel be paid?
THE COURT'S FAIRNESS HEARING ..................................................................... PAGE 10
    21. When and where will the Court decide whether to finally approve the Settlement?
    22. Do I have to come to the Fairness Hearing?
    23. May I speak at the Fairness Hearing?
GETTING MORE INFORMATION ........................................................................... PAGE 11
    24. How do I get more information about the Settlement?

**Questions?  Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

3

<u>SUMMARY OF THE SETTLEMENT</u>

If the Settlement receives final approval from the Court, IFF will pay $26,000,000 in cash into a settlement fund (the "Settlement Fund"). This Settlement will resolve all the Class Members' claims against IFF in this Action, but not the claims against the Non-Settling Defendants. Settlement administrative expenses, and Court-approved attorneys' fees, attorneys' expenses and service awards to the named Class Representatives will be paid out of the Settlement Fund first, and the remainder of the Settlement Fund will be distributed to the Class Members, based upon *a pro rata* plan of allocation and subject to the claims process summarized below.

In addition to this monetary benefit, IFF has also agreed to cooperate in good faith with the Direct Purchaser Plaintiffs in the litigation going forward against the Non-Settling Defendants. This cooperation includes producing relevant documents; making current and former employees available for interviews and depositions; and providing other information relevant to the conduct at issue in the Action. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information.

<u>BASIC INFORMATION</u>

| 1. | Why did I receive this Notice? |
|---|---|

You received this Notice because you may be a U.S. person or entity that has purchased Fragrance Products directly from one or more of the Defendants between January 1, 2018 and December 31, 2023. The list of Defendants is in Question 3 below and at the top of this Notice. The Court has authorized this Notice because, as a potential member of the Class, you have a right to know about the proposed settlement of claims against IFF in this Action and your options before the Court decides whether to give final approval to the Settlement between Direct Purchaser Plaintiffs and IFF. If the Court gives final approval to the Settlement, and after any objections and appeals are resolved, you will be bound by the final judgment and terms of the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights. The Notice is only a summary of the Settlement Agreement and your rights. Your legal rights are affected whether you act or not. You are encouraged to carefully review the complete Settlement Agreement, which is posted on the Settlement website.

| 2. | What is this lawsuit about? |
|---|---|

This class action lawsuit is called *In re Fragrance Direct Purchaser Antitrust Litigation*, No. 2:23-cv-02174 (WJM)(JSA) and it is pending in the United States District Court for the District of New Jersey. United States District Court Judge William J. Martini is presiding over this Action.

Direct Purchaser Plaintiffs allege that Defendants, who are the world's largest manufacturers of Fragrance Products, conspired to fix, raise, or maintain the price of Fragrance Products during the Class Period (from January 1, 2018 through December 31, 2023), in violation of federal antitrust laws.

Direct Purchasers have reached a proposed settlement with IFF, but the Direct Purchasers' case is proceeding against the Not-Settling Defendants. If applicable, you will receive a separate notice regarding the progress of the litigation and any resolution of claims against the other Defendants.

IFF denies all allegations of wrongdoing in this Action. Despite its belief that it is not liable for the claims asserted by the Direct Purchaser Plaintiffs, IFF has agreed to settle this Action to avoid the further expense and burden of this litigation, and to avoid the risks inherent in further litigation and trial.

**Questions? Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

| 3. | What is a class action and who are the Plaintiffs and Defendants? |
|---|---|

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of other people or businesses who have similar claims, all of whom together are a "class." Individual class members (other than the class representatives) do not have to file a lawsuit to participate in the class action settlement or be bound by the judgment in the class action. One court resolves all the issues and claims for everyone in the class, except for those who exclude themselves from the class (discussed below).

The five named Direct Purchaser Plaintiffs are: B & E Associates, Inc. (d/b/a Keystone Candle Company), Cospro Development Corp., Demeter F.L., Inc. (d/b/a Demeter Fragrance Library), Hanna's Candle Company, and Our Own Candle Company, Inc. (collectively, "Class Representatives").

Defendants named in the Direct Purchaser Plaintiffs' Consolidated Complaint filed on February 5, 2024 (ECF No. 107) (the "Complaint") are manufacturers of Fragrance Products: IFF, Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise AG, Symrise Inc., and Symrise US LLC.

| 4. | Why is there a settlement of this Action with IFF? |
|---|---|

The Court did not decide in favor of Direct Purchaser Plaintiffs or IFF. Continued litigation, trial, and any appeals involve risks for both sides, and therefore, Direct Purchaser Plaintiffs and IFF have agreed to a settlement. The Settlement requires IFF to pay money, as well as cooperate in good faith with Direct Purchaser Plaintiffs to provide evidence relevant to the pursuit of and proof of the claims against the Non-Settling Defendants. This cooperation includes producing relevant documents; making current or former employees available for interviews and depositions; and providing other information relevant to the conduct at issue in the litigation. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information. Direct Purchaser Plaintiffs and their attorneys believe that the Settlement is in the best interests of all Class Members.

**Questions?  Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

5

## WHO IS IN THE CLASS?

| 5. | Am I part of the Class? |
|---|---|

In a Preliminary Approval Ordered dated November 17, 2025, the Court has decided that, for settlement purposes, Class Members are defined as:

> All persons and entities, and their successors and assigns, in the United States and its territories who purchased Fragrance Products directly from any of the Defendants or their subsidiaries or affiliates during the period of time between January 1, 2018 and December 31, 2023.

Fragrance Products are defined as "fragrance ingredients, fragrance formulas, and fragrance compounds, regardless of whether they are natural, synthetic, or otherwise, including related auxiliary technologies sold in combination with the fragrance, such as encapsulation, printing service, or other technologies intended to deliver the fragrance." Fragrance Products include, without limitation, consumer fragrances and fine fragrances. If you satisfy these criteria, then you are a Class Member, subject to the exception discussed in Question 6 below.

While this Settlement is only with IFF, the Class includes persons and entities who purchased Fragrance Products from *any* of the Defendants. You may choose to exclude yourself from future settlements against any other Defendant(s) or remain in any settlement classes with respect to those Defendants.

| 6. | Are there exceptions to being included in the Class? |
|---|---|

Yes. Specifically excluded from the settlement class ("Class" or "Settlement Class") are:

> Defendants, IFF Released Parties (defined as "IFF and each of its past, present, and future, direct and indirect parents (including holding companies), subsidiaries, affiliates, associates, divisions, predecessors, successors, and each of their respective officers, directors, employees, against, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns"), conspirators, the officers, directors, or employees of any Defendant or conspirator, any entity in which any Defendant or conspirator has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant or co-conspirator, and any person acting on their behalf. Also excluded from the Class are any judicial officer presiding over the Action and the members of his/her immediate family and judicial staff, and any juror assigned to the Action, as well as any person or entity who or which submits a valid and timely request for exclusion in accordance with the requirements set forth in this Notice and whose request is accepted by the Court.

| 7. | I'm still not sure if I'm included in the Class. |
|---|---|

If you are still not sure if you are included in the Class, please review the detailed information contained in the Settlement Agreement, available for download at www. _____ .com. You may also call the Claims Administrator at 1-8__-___-____ or call, email, or write to the Class Counsel at the phone numbers, email addresses or addresses listed in Question 19 below.

**Questions? Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

### THE SETTLEMENT BENEFITS

| 8. | What does the Settlement provide? |
|---|---|

If the Settlement is preliminarily approved by the Court, IFF shall cause the transfer of $26,000,000 into a Settlement Fund.  Settlement administrative expenses, Court-approved attorneys' fees, attorneys' expenses and service awards to the named Class Representatives will be paid out of the Settlement Fund first, and the balance of the Settlement Fund (the "Net Settlement Fund") will then be distributed to the Class Members based upon *a pro rata* plan of allocation, subject to the claims process summarized below.

This Settlement will resolve all the Class Members' claims against IFF in this Action, but not the claims against the Non-Settling Defendants.

In addition to this monetary benefit, IFF has also agreed to cooperate in good faith with the Direct Purchaser Plaintiffs in this Action going forward against the Non-Settling Defendants.  This cooperation includes producing relevant documents, making current and former employees available for interviews and depositions, and providing other information relevant to the conduct at issue in the Action. Any cooperation will be provided subject to applicable confidentiality obligations and protections for commercially sensitive customer information.

| 9. | How do I receive a future payment? |
|---|---|

When the time comes to distribute the proceeds of the Settlement and any other recoveries, if you are a Class Member and do not exclude yourself, you may be eligible to receive a payment from the Settlement. You will be required to fill out a Claim Form and include all the information the form requests with regard to your purchases of Fragrance Products directly from the Defendants from January 1, 2018 to December 31, 2023.  You will sign and submit the Claim Form and either mail it by first class mail or submit it online to the Claims Administrator by a deadline that will be determined in the future.

You may be asked to verify the accuracy of the information provided in your Claim Form.  Your claim must be valid and may be required to be confirmed by Defendants' sales records in order to receive money in the distribution of the Settlement Fund proceeds.  If the Court issues final approval to the Settlement, payments of the Settlement Fund will be distributed at a later date to Class Members who submit valid Claim Forms. You should begin gathering the records of your direct purchases of Fragrance Products from the Defendants back to January 1, 2018, that may be necessary to prepare and submit your Claim Form.

| 10. | How much will my payment be? |
|---|---|

We are unable to estimate your payment until all the Claim Forms are submitted by Class Members.  You will receive a share of the total Settlement Fund based upon *a pro rata* plan of allocation. Your share of the Settlement proceeds will be calculated by the Claims Administrator.

| 11. | When will I receive a payment? |
|---|---|

There is no date certain for distributing payments from the Settlement proceeds.  No settlement distribution will be made until the Court grants final approval of the Settlement and all the claims have been fully processed by the Claims Administrator.

**Questions?  Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

Please note that the Settlement may be terminated on several grounds, including if the Court does not finally approve the Settlement Agreement. Should the Settlement be terminated, this Action will proceed against IFF, as well as the other Non-Settling Defendants. If the Settlement is terminated, there will be no Settlement proceeds.

| 12. | What am I giving up by staying in the IFF Settlement Class? |
|---|---|

Unless you exclude yourself, you are staying in the Settlement Class, which means that you cannot sue, continue to sue, or be part of any other lawsuit against IFF that pertains to the same legal issues in this Action. It also means that all of the Court's orders will apply to you and legally bind you. The IFF Released Claims are detailed in the Settlement Agreement, available at www. _____ .com.

You are not releasing your claims against any Defendant other than IFF by staying in the IFF Settlement Class.

## IF YOU DO NOTHING

| 13. | What happens if I do nothing at all? |
|---|---|

If you are an IFF Settlement Class Member and you do nothing, you will remain a member of the Settlement Class and be eligible to participate in the Settlement as described in this Notice, if the Settlement is approved. When the time comes, you will need to complete sign, and a return a Settlement claim form. You will be legally bound by the Court's orders relating to the Settlement and give up your right to sue IFF on your own for the legal claims made in this lawsuit.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| 14. | How do I exclude myself from the Settlement? |
|---|---|

If you do not want the benefits offered by the Settlement and you do not want to be legally bound by the terms of the Settlement, or if you wish to pursue your own separate lawsuit against IFF, you must exclude yourself by submitting a written request to the Claims Administrator stating your intent to exclude yourself from the Settlement Class. Your Exclusion Request *must* include the following: (a) your full name, including the name of your business which purchased Fragrance Products, your street and mailing address, and your email address (if you have one); (b) a statement that you want to be excluded from the Settlement Class in *In re Fragrance Direct Purchaser Antitrust Litigation;* and (c) your signature. You must mail your Exclusion Request, postmarked if mailed by _____ __, 2026, to:

Fragrance Direct Purchaser Antitrust Litigation
c/o _____ [Claims Administrator]
P. O. Box _____

Be sure to keep a copy of any document that you submit to the Claims Administrator.

| 15. | If I don't exclude myself, can I sue IFF for the same thing later? |
|---|---|

No. Unless you exclude yourself, you give up the right to sue IFF for the same claims that the Settlement resolves. If you have a pending lawsuit against IFF, speak to your attorney in that lawsuit immediately to determine whether you should exclude yourself from this Settlement Class in order to continue your own lawsuit against IFF.

**Questions? Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

By staying in the Settlement Class, you are not releasing your claims in this case against Defendants other than IFF.

| 16. If I exclude myself from the Settlement, can I continue as a Class Member in the case against the Non-Settling Defendants? |
|---|

Yes. If you exclude yourself from the Settlement, you will remain a Class Member in the ongoing Action against the remaining Non-Settling Defendants.

### OBJECTING TO THE SETTLEMENT

| 17. How do I tell the Court that I don't like the Settlement, the Plan of Distribution, or the request for attorneys' fees, litigation expenses and service awards? |
|---|

If you are a Class Member and you have not excluded yourself from the Settlement, you can object to part or all of the terms of the Settlement that you do not like, including the plans for the distribution of the funds, attorneys' fees, litigation expenses and service awards for the Class Representatives. The Court will consider your views.

To object, you must send a letter or written statement to the Claims Administrator, Class Counsel, and Counsel for IFF, saying that you object to the Direct Purchaser Plaintiffs' Settlement with IFF in *In re Fragrance Direct Purchaser Antitrust Litigation* and the reasons why you object to the Settlement. Be sure to include your full name, including the name of your business which purchased Fragrance Products; your street and mailing address; your email address (if you have one); and your signature. Your objection *must* be signed. You may include or attach any documents that you would like for the Court to consider. Your objection must be served by first class mail on the Claims Administrator, Class Counsel, and Counsel for IFF at the addresses listed below, by no later than _____ __, 2026. You must also file your objection with the Court by _____ ___, 2026. Please note that in order for your objection to be considered by the Court, the objection must comply with the terms of this Notice.

| **Claims Administrator** | **Direct Purchaser Plaintiffs' Class Counsel** | **Counsel for Settling Defendant IFF** |
|---|---|---|
| In re: Fragrance Direct Purchaser Antitrust Litigation c/o _____ _____ _____ | Linda P. Nussbaum NUSSBAUM LAW GROUP, P.C. 1133 Avenue of the Americas 31st Floor New York, NY 10036 Tel: (917) 438-9189 | Steven R. Glaser Boris Bershteyn Matthew M. Martino SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP One Manhattan West New York, NY 10001 Tel: (212) 735-3834 |
| | Christopher M. Burke BURKE LLP 402 W. Broadway, Suite 1890 San Diego, CA 92101-8577 Tel.: (619) 369-8244 | |
| | Hilary K. Scherrer HAUSFELD LLP 1200 17th Street, N.W., Suite 600 Washington, DC 20006 Tel.: (202) 540-7200 | |

**Questions? Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

9

Be sure to keep a copy of any document that you submit in this case.

| 18.  What is the difference between excluding myself and objecting? |
|---|

Objecting is telling the Court that you do not like something about the Settlement or its related terms, such as the distribution timing, attorneys' fees, litigation expenses, or service awards.  You can object only if you do not exclude yourself from the Class.  Excluding yourself is telling the Court that you do not want to be a part of the Settlement Class.  If you exclude yourself, you have no legal standing to object to the Settlement because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

| 19.  Do I have a lawyer in this case? |
|---|

Yes.  The Court has appointed Linda P. Nussbaum of Nussbaum Law Group, P.C.; Christopher M. Burke of Burke LLP; and Hilary K. Scherrer of Hausfeld LLP as Class Counsel on behalf of the Direct Purchaser Plaintiffs and Direct Purchaser Class.  Their contact information is as follows:

| Linda P. Nussbaum | Christopher M. Burke | Hilary K. Scherrer |
|---|---|---|
| NUSSBAUM LAW GROUP, P.C. | BURKE LLP | HAUSFELD LLP |
| 1133 Avenue of the Americas | 402 W. Broadway | 1200 17th Street, N.W. |
| 31st Floor | Suite 1890 | Suite 600 |
| New York, NY 10036 | San Diego, CA 92101-8577 | Washington, DC 20006 |
| Tel: (917) 438-9189 | Tel.: (619) 369-8244 | Tel.: (202) 540-7200 |

If you wish to remain a Settlement Class Member and a class member with respect to the case against the Non-Settling Defendants going forward, you do not need to hire your own lawyer because Class Counsel are working on your behalf.

If you wish to pursue your own case against IFF, or if you exclude yourself from the Settlement Class, these lawyers will no longer represent you.  You will need to retain your own lawyer if you wish to pursue your own lawsuit against IFF.  You may choose to exclude yourself from future settlements against any other Defendant(s) or remain in any settlement classes with respect to those Defendants.

| 20.  How will the Class Counsel be paid? |
|---|

Class Counsel will ask the Court to award attorneys' fees of up to 33-1/3% of the Settlement Fund; reimbursement of reasonable and necessary litigation expenses; and service awards of $5,000 for each of the five Class Representatives to be paid from the Settlement proceeds prior to any distribution of the Settlement Fund.  Settlement Class Counsel will file their motion and post it on the Settlement Website, no later than _____, 2026. You will not have to pay any attorneys' fees or other costs out-of-pocket related to the prosecution of this case.

## THE COURT'S FAIRNESS HEARING

| 21.  When and where will the Court decide whether to finally approve the Settlement? |
|---|

The Court will hold a Fairness Hearing to decide whether to give its final approval to the Settlement.  You may attend and you may ask to speak at the Fairness Hearing, but you do not have to attend or speak.  The

**Questions?  Call the Claims Administrator toll-free at (1-8__-___-____ or visit www._____.com**

Court will hold the Fairness Hearing on the Settlement at _____ a.m. on _____ __, 2026, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, in Courtroom MLK 4B before U.S. District Judge William J. Martini.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them.  The Court will, at its discretion, listen to the Class Members who have asked to speak at the Fairness Hearing.  After the Fairness Hearing, the Court will decide whether to give its final approval to the Settlement.  We do know how long it will take for Judge Martini to issue his final approval order, either approving or rejecting the Settlement.

| **22.  Do I have to come to the Fairness Hearing?** |
| --- |

No.  Class Counsel will answer any questions the Court may have about the Settlement.  However, you are welcome to come to the Fairness Hearing at your own expense.  If you send an objection, you do not have to come to Court to talk about it.  As long as you mailed your written objection on time, your objection will be submitted to the Court by Class Counsel and filed in the public docket, and the Court will consider your objection.  You may pay your own lawyer to attend the Fairness Hearing, but it is not necessary.

| **23.  May I speak at the Fairness Hearing?** |
| --- |

You may ask to speak at the Fairness Hearing.  To do so, you must mail a letter to the Clerk of the Court saying that it is your "Notice of Intention to Appear in *In re Fragrance Direct Purchaser Antitrust Litigation.*"  Be sure to include your full name, including the name of your business which purchased Fragrance Products; your street and mailing address, and your email address (if you have one); your telephone number; and your signature.  Your Notice of Intention to Appear must be postmarked no later than _____ __, 2026 and it must be mailed to the Clerk of the Court, and mailed or emailed to Class Counsel and Counsel for IFF.  The address for the Clerk of the Court is:

Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07171

The mailing addresses of the Class Counsel and IFF Counsel are provided in Question 17.

Be sure to keep a copy of any document that you submit in this case.

<u>G</u>ETTING <u>M</u>ORE <u>I</u>NFORMATION

| **24.  How do I get more information about the Settlement?** |
| --- |

This Notice summarizes the Settlement.  More details about the Settlement and the Action are contained in the Settlement Agreement and in other litigation papers.  You can find a copy of the Settlement Agreement, other important documents from the litigation, and information about the current status of the litigation by visiting www. _____.com.  You may contact the Claims Administrator at _____ @ _____ or toll-free at 1-8__-___-____.  You may also contact Class Counsel at the addresses provided in Question 19.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**