James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 2:23-cv-02174-WJM-JSA<br><br>Jury Trial Demanded<br><br><br>**[Proposed] Order** |

WHEREAS, this matter having come before the Court by way of Plaintiffs'

Unopposed Motion for Preliminary Approval of IFF Settlement Notice Plan and

Appointment of Claims Administrator (as defined below) ("Motion");

WHEREAS, on October 16, 2025, DPPs entered into a settlement agreement

with Defendant IFF (the "Settlement Agreement" or "Settlement") which provides

the Settlement Class with $26 million and valuable cooperation, which will aid DPPs

in their prosecution of the case against the Non-Settling Defendants;[1]

---

[1] Non-Settling Defendants are DSM-Firmenich AG; Firmenich International SA; Firmenich Inc.; Agilex Flavors & Fragrances, Inc.; Givaudan SA; Givaudan Fragrances Corporation; Ungerer & Company, Inc.; Custom Essence LLC; Symrise AG; Symrise Inc.; and Symrise US LLC.

1

WHEREAS, the Court preliminarily approved the Settlement and provisionally certified the Settlement Class on November 17, 2025. (ECF 252.)

WHEREAS, Plaintiffs have moved this Court t for the following: (1) approval of the proposed means and form of notice ("Notice Plan") for the settlement between DPPs, on behalf of themselves and the DPP Settlement Class, and Defendant International Flavors & Fragrances, Inc. ("IFF"), (2) appointing Simpluris, Inc. ("Simpluris") as the Claims Administrator, and (3) proposing a schedule for notice and final approval

WHEREAS, the Court has considered Plaintiffs' Motion, the accompanying Declaration and the exhibits thereto, and good cause appearing therefor:

IT IS THIS _____ day of _____, 2026

ORDERED as follows:

## I.    Notice to the Settlement Class

1.    The Court approves the appointment of Simpluris, Inc. as Claims Administrator for the Settlement.

2.    The Court finds the following proposed forms of notice to Settlement Class Members short form postcard Mail Notice (Exhibit A), Email Notice (Exhibit B), Publication Notice (Exhibit C), Digital Banner Advertisement (Exhibit D), long form Detailed Notice (Exhibit E); 2) appointing Simpluris, Inc. ("Simpluris") as the Claims Administrator, and (3) proposing a schedule for notice and final approval,

and the proposed methods of dissemination thereof, as set forth herein, satisfy the requirements under Rule 23 of the Federal Rules of Civil Procedure and due process, and therefore are approved.

3.    Within sixty (60) days after entry of this Order, the Claims Administrator will be provided the Settlement Class Data that includes the Settlement Class Members' full names and current or last known mailing and email addresses, to the extent reasonably available.

4.    The Claims Administrator shall cause the short form postcard Mail Notice, substantially in the form attached as Exhibit A to the Declaration, to be disseminated no later than _____ calendar days following the date of the entry of this Order (the "Notice Date") via class mail, postage prepaid to each potential Settlement Class Member whose mailing address is readily and reasonably identified.

5.    The Claims Administrator shall cause the Email Notice, substantially in the form attached as Exhibit B to the Declaration, to be disseminated no later than _____ calendar days following the date of the entry of this Order (the "Notice Date") to each potential Settlement Class Member whose email address is readily and reasonably identified.

6.    The Claims Administrator shall cause the Publication Notice, substantially in the form attached as Exhibit C to the Declaration, to be published no

later than _____ calendar days following the date of the entry of this Order (the "Notice Date").

7.    The Claims Administrator shall cause the digital Banner Advertisement, substantially in the form attached as Exhibit D to the Declaration, to be placed no later than _____ calendar days following the date of the entry of this Order (the "Notice Date").

8.    On or before the Notice Date, the Claims Administrator shall create a website for the Settlement (the Settlement Website) and establish a settlement-specific toll-free telephone number.

9.    The Claims Administrator shall cause the long form Detailed Notice, substantially in the form attached to the Declaration as Exhibit E, to be posted on the Settlement Website as soon as practicable.

## II.    Schedule and Procedure for Requesting Exclusion and Submitting Objections

10.    The deadline for Settlement Class Members to request exclusion from the Settlement Class shall be _____ days after the Notice Date (the Opt-Out Date). As set forth in the Detailed Notice, in order to request exclusion, a Settlement Class Member must mail a written request to the Claims Administrator, counsel for Direct Purchaser Plaintiffs, or counsel for Settling Defendant IFF.

11.    The written request for exclusion must include the following information: the name of the proceeding, the individual's full name, current address,

4

telephone number, personal signature, and the words "Request for Exclusion" or a comparable statement that the individual does not wish to participate in the Settlement.

12. The request for exclusion shall not be effective unless it provides the required information and is made within the time stated above or the request for exclusion is otherwise accepted by the Court. Persons or entities that request exclusion from the Settlement Class shall not be entitled to share in the benefits of the Settlement, nor be bound by the Settlement Agreement and Final Approval Order and Judgment entered thereon.

13. No Person shall exercise any exclusion rights of any other person, or (a) Opt-Out individuals as a group, in the aggregate, or as a class involving more than one Person; or (b) to opt-out more than one Person on a single notice, or as an agent or representative. Any such purported Opt-Out requests shall be void, and the Person(s) who is or are the subject of such purported Opt-Out requests shall be treated as a Settlement Class Member(s) and be bound by the Settlement Agreement, including the Releases contained herein, and Judgment entered thereon, unless he or she submits a valid and timely Opt-Out request.

14. The Claims Administrator shall keep track of any and all requests for exclusion.

15.     On or before _____ days after the Opt-Out Date, the Claims Administrator shall provide to counsel for the Parties a complete list of all timely and valid Opt-Outs.

16.     Prior to the Fairness Hearing, the Claims Administrator shall provide a sworn declaration that: (i) attests to implementation of the Notice plan; and (ii) identifies each Person who timely and properly provided written notification of exclusion from the Settlement Class.

17.     Settlement Class Members who wish to object or otherwise be heard with respect to the Settlement, and to appear in person at the Fairness Hearing, must first mail a written objection to the Claims Administrator at the Post Office box designated in the Long Form Notice no later than _____ days after the Notice Date. The objector or his or her counsel may also file their objection with the Court through the Court's ECF system, with service on Plaintiffs' Counsel and Defendant's Counsel, to be made through the ECF system. For all objections mailed to Claims Administrator, Plaintiffs' Counsel will file them with the Court as an exhibit to Plaintiffs' motion for final approval.

18.     The objection must include: (i) the objector's full name, address, telephone number, and email address; (ii) the case name and docket number, (iii) information identifying the objector as a Settlement Class Member, including proof that the objector is a member of the Settlement Class; (iv) a written statement of all

6

grounds for the objection, including whether the objection applies only to the objector, to a subset of the Settlement Class, or to the entire Settlement Class, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of any and all counsel representing the objector in connection with the objection; (vi) the identity of all class action cases in which the objector or his or her counsel has objected; (vii) a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing; and (viii) the objector's personal signature.

19.     Any Settlement Class Member who fails to comply with the requirements for objecting shall waive and forfeit any and all rights he or she may have to appear separately and to object to the Settlement Agreement and shall be bound by all the terms of the Settlement Agreement and by all proceedings, orders, and judgments in the Litigation. The exclusive means for any challenge to the Settlement Agreement shall be through the relevant provisions of the Settlement Agreement.

## III.     The Court's Final Approval Schedule and Fairness Hearing Date

20.     As set forth in the timeline below, all briefs and materials in support of final approval of the Settlement, Plaintiffs' Counsel's fee and expense application, and any application for Service Awards to Plaintiffs, shall be filed with the Court no later than _____ days before the Objection Date and no later than _____ days before

the Fairness Hearing. The applications described in this paragraph shall promptly be posted on the Settlement Website, and shall be considered as separate and apart from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement.

21.    All reply submissions, including any responses to any objections by Settlement Class Members, shall be filed with the Court no later than _____ calendar days prior to the date of the Fairness Hearing.  The timeline is as follows:

| Event | Deadline |
|---|---|
| Order approving Notice Plan ("Order") | |
| Non-Settling Defendants to provide Customer Lists to DPPs | 60 days after the Order |
| Dissemination of mail and/or email notice; activation of settlement website and toll-free number | 90 days after the Order |
| Publication of digital and print notices | 90 days after the Order or as soon as practicable thereafter due to publication schedules |
| Deadline to Opt-Out from the Settlement (this is a postmark deadline) | 135 days after the Order |
| Final Approval Motion and Fee/Expenses Petition | 140 days after the Order |
| Deadline to Object to the Settlement (this is a postmark deadline) | 155 days after the Order |
| Plaintiffs' Responses to any objections to the Settlement and Fee Petition | 170 days after the Order |
| Final Approval Hearing | 185 days after the Order, or as soon thereafter as is convenient for the Court |

8

22.     A hearing on final approval of the Settlement ("Fairness Hearing") shall be held before this Court on _____, 2026 at _____ _.m. in the Courtroom _____, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102. At the Fairness Hearing, the Court will, among other things, consider:

    a.    final certification of the Settlement Class solely for purposes of effectuating the Settlement;

    b.    the fairness, reasonableness, and adequacy of the Settlement and whether the Settlement Agreement should be finally approved and consummated according to its terms;

    c.    whether notice of the Settlement constitutes due, adequate, and sufficient notice of the Settlement meeting the requirements of due process and the Federal Rules of Civil Procedure;

    d.    whether the Action shall be dismissed with prejudice as to Defendant;

    e.    whether the release of any and all Released Claims with respect to the Released Parties shall be deemed effective as of Final Judgment;

f.    whether Persons are permanently enjoined and barred from instituting, commencing, or prosecuting any action or other proceeding asserting any Released Claims against Released Parties;

g.    whether the Court retains continuing and exclusive jurisdiction over the Settlement for all purposes, including its administration and execution and disputes that may arise; and

h.    whether, under Federal Rule 54(b), there is any just reason for delay and whether an order of dismissal and Judgment shall be final and appealable and entered forthwith.

23.    The Fairness Hearing may be rescheduled or continued; in this event, the Court will furnish all counsel with appropriate notice. Plaintiffs' Counsel shall be responsible for communicating any such notice promptly to the Settlement Class by posting conspicuous notice on the Settlement Website.

24.    In the event that the Settlement does not become final, then, subject to approval of the Court, litigation of the Action against Defendant IFF will resume in a reasonable manner to be approved by the Court upon joint application by the Parties.

25.    If the settlement set forth in the Settlement Agreement is not approved by the Court, or if the Settlement Agreement is terminated or cancelled pursuant to

the terms of the Settlement Agreement or otherwise, the Settlement Agreement, and the certification of the Settlement Class provided for herein, will be vacated and the Action shall proceed as though the Settlement Class had never been certified, without prejudice to any Person's or Settling Party's position on the issue of class certification or any other issue.

26.     Neither this Order nor the Settlement Agreement, nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or the settlement (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity or lack thereof of any Released Claim, or of any wrongdoing or liability of any of the Released Parties; or (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Any of the Released Parties may file the Settlement Agreement and the Judgment in any action that may be brought against them or any of them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar, or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

**IT IS SO ORDERED.**

11

Dated: _____                    _____
                                              William J. Martini, U.S.D.J.