# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

July 14, 2026

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** ***In re Fragrance Direct Purchaser Antitrust Litig.*, 2:23-cv-02174 (WJM)(JSA)**
> ***In re Fragrance Indirect Purchaser Antitrust Litig.*, 2:23-cv-3249 (WJM)(JSA)**
> ***In re Fragrance End-User Plaintiff Antitrust Litig.*, 2:23-cv-16127 (WJM)(JSA)**

Dear Judge Allen:

My firm and co-counsel represent Plaintiffs in the Direct Purchaser litigation referenced above. I write on behalf of all Plaintiffs to request a 30-day adjournment of the case management conference currently set for Thursday, July 16, 2026 at 2 p.m. As described in the July 9 joint status letter, ECF No. 300, the parties are working through discovery issues and hope to resolve any issues without the need for Court intervention. An additional 30 days will enable the parties to reach agreement or impasse and be in a position to better present any dispute to Your Honor. Defendants have informed us they do not oppose this request. If this request meets with the Court's approval, please So Order this letter and return it to the parties through the Court's ECF system.

We thank Your Honor for your continued attention to this matter and are available at the Court's convenience to answer any questions.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

July 14, 2026
Page 2

cc:     All Counsel of Record (via ECF)