# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

July 16, 2026

**VIA ECF**

Honorable William J. Martini, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

     **Re:**    ***In re Fragrance Direct Purchaser Antitrust Litig.*, 2:23-cv-02174 (WJM)(JSA)**
            ***In re Fragrance Indirect Purchaser Antitrust Litig.*, 2:23-cv-3249 (WJM)(JSA)**
            ***In re Fragrance End-User Plaintiff Antitrust Litig.*, 2:23-cv-16127 (WJM)(JSA)**

Dear Judge Martini:

My firm and co-counsel represent Plaintiffs in the Direct Purchaser litigation referenced above. I write on behalf of all Plaintiffs in the above-referenced actions as well as defendants DSM-Firmenich AG, Firmenich International SA, Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, Custom Essence LLC, Symrise AG, Symrise Inc., and Symrise US LLC (collectively, "Defendants"). On July 8, 2026, Defendants filed a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) as to Plaintiffs' claims ("Motion"). DPP ECF No. 298.[1] Plaintiffs and Defendants have agreed upon the following briefing schedule for Defendants' Motion: Plaintiffs' opposition to the Motion shall be due on August 7, 2026; and Defendants' reply in support of their Motion shall be due on August 21, 2026. If this request meets with the Court's approval, please So Order this letter and return it to the parties through the Court's ECF system.

We thank Your Honor for your continued attention to this matter and are available at the Court's convenience to answer any questions.

---

[1] DSM-Firmenich AG, Firmenich International SA, Firmenich SA, Firmenich Inc., and Agilex Flavors & Fragrances, Inc. do not join the motion with respect to the Direct Purchaser Plaintiffs' claims. DPP ECF No. 298-1 at n.1.

July 16, 2026
Page  2

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

cc:    All Counsel of Record (via ECF)