**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174-WJM-JSA |
| IN RE FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249-WJM-JSA |
| IN RE FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127-WJM-JSA |

**ADDENDUM TO CONFIDENTIALITY ORDER**

Non-Parties Conopco, Inc. and Unilever United States, Inc. (collectively, "Conopco"), its

confidential and proprietary pricing and contractual terms having been subject to subpoena and to

production from the files of certain counterparties who are suppliers of fragrances to Conopco, having sought this Addendum to the Confidentiality Order (hereinafter "Addendum") in order to protect its interests, and good cause appearing;

IT IS THIS __ day of August, 2026, hereby ORDERED as follows:

1. All pricing data, contractual terms, and purchasing data with respect to Conopco's acquisition of fragrances ("Conopco AEO Material") shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" within the meaning of and subject to all of the protections and limitations set forth in the Confidentiality Order and, in addition, shall be subject to the following further protections:

a. With respect to party disclosure, Conopco AEO Material may only be disclosed to outside litigation counsel for the receiving party who is responsible for the prosecution or defense of this litigation. Conopco AEO Material may not be disclosed to any officer, executive, or employee of a receiving party, including in-house counsel.

2. To the extent that any provision of this Addendum conflicts with a provision of the Confidentiality Order, this Addendum shall control with respect to the treatment of Conopco AEO Material.

**IT IS SO ORDERED:**

_____
HON. JESSICA S. ALLEN, U.S.M.J.

Date: August ___, 2026

-2-